IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
Austin DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION**:

1. Please identify the court from which the case is being removed; the case number; and the complete style of the case.

425th Judicial District Court, Williamson County, Texas, Cause No. 26-3106-C425, styled OP III ATX Highridge, LP v. Terra Carta Partners LLC.

2. Was jury demand made in State Court? ◉ Yes ☐ No

If yes, by which party and on what date?

Plaintiff OP III ATX Highridge, LP — 09/04/2026
Party Name — Date

**STATE COURT INFORMATION**:

1. List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

Plaintiff: OP III ATX Highridge, LP. Counsel: Michael L. Navarre, Beatty Navarre Strama, P.C., 901 S. MoPac Expressway, Barton Oaks Plaza Building 1, Suite 200, Austin, TX 78746; Tel. (512) 879-5050; Fax: none known.
Defendant: Terra Carta Partners LLC. Counsel: Christian Savio, Law Offices of Manganelli, Leider & Savio, P.A., 1900 N.W. Corporate Blvd., Ste. 200W, Boca Raton, FL 33431; Tel. (561) 826-1740; Fax (561) 826-1741. Local counsel: Jessica Henry, Ghidotti Berger LLP, 16801 Addison Road, Suite 350, Addison, TX 75001; Tel. (949) 427-2010 ext. 1226; Fax (949) 427-2732.
Intervenors: None.

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

None. Defendant Terra Carta Partners LLC was served on October 1, 2026.

3. List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

None.

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS**:

1. List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim. For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

None.

**VERIFICATION**:

| | |
|---|---|
| /s/ Christian Savio | 10/21/2026 |
| Attorney for Removing Party | Date |

Defendant Terra Carta Partners LLC

Party/Parties

(NOTE: Additional comment space is available on page 3)

**ADDITIONAL COMMENTS (As necessary)**:

Related bankruptcy cases (Bankr. N.D. Tex., Dallas Division): In re Green Sapphire Holdings, Inc., Case No. 26-33254-mvl11; In re Terra Carta Partners LLC, Case No. 26-34767-sgj11; In re High Ridge Development LLC, Case No. 26-34770-mvl11; In re High Ridge Development II LLC, Case No. 26-34772-sgj11; In re High Ridge Development III LLC, Case No. 26-34771-swe11.

The Defendant is filing a motion under 28 U.S.C. § 1412 and Fed. R. Bankr. P. 7087 to transfer this removed action to the U.S. District Court for the Northern District of Texas, Dallas Division.