# EXHIBIT B

Order for Relief and Docket Sheet, In re Green Sapphire Holdings, Inc., No. 26-33254-mvl11; Voluntary Petitions and Docket Sheets, Affiliate Cases Nos. 26-34767-sgj11, 26-34770-mvl11, 26-34772-sgj11 and 26-34771-swe11 (Bankr. N.D. Tex.)

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 24, 2026**

Michelle V. Larson
**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 26-33254** |
| **GREEN SAPPHIRE HOLDINGS INC.,** | § | |
| | § | **Chapter 11** |
| **Debtor.** | § | |

**ORDER FOR RELIEF UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

Upon the involuntary petition (the "Petition") commenced against Green Sapphire Holdings Inc. (the "Alleged Debtor" or the "Debtor") under Title 11 of the United States Code (the "Bankruptcy Code") on July 21, 2026 [ECF No. 1]; and the record reflecting that the Petition was inadvertently filed on the Official Form designated for Chapter 7 and that the Petitioning Creditors moved for leave to file a first amended involuntary petition to correct the chapter designation to Chapter 11, to preserve the July 21, 2026, petition date, and to confirm the continuing effect of the joinders [ECF Nos. 25, 27, 36]; and

The Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having determined that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A);

and venue being proper before this Court; and due and sufficient notice of the Petition, the Motion, and the relief granted herein having been provided under the circumstances; and the Court having reviewed and considered the Petition, the Motion, the pleadings and papers filed in this case, the record before the Court, the statements and arguments of counsel, and applicable law; and the Court having found and determined that the requirements of 11 U.S.C. § 303 for entry of an order for relief have been satisfied and that good and sufficient cause exists for the relief granted herein; it is hereby

**ORDERED** as follows:

1. **Order for Relief.** Relief is GRANTED against the Debtor, Green Sapphire Holdings Inc., in an involuntary case under **Chapter 11** of the Bankruptcy Code, pursuant to 11 U.S.C. § 303(h). The case shall proceed as a case under Chapter 11.

2. **Correction of Chapter Designation; Petition Date Preserved; Continuing Effect of Joinders.** The chapter designation is corrected from Chapter 7 to Chapter 11. The commencement date of this case and the date of the Petition remain July 21, 2026, for all purposes under the Bankruptcy Code. The joinders filed by the Joining Creditors are confirmed and remain in full force and effect, and each Joining Creditor is treated as a petitioning creditor to the same extent as if it had signed the original Petition.

3. **Creation of the Estate.** As of the commencement of this case, an estate was created pursuant to 11 U.S.C. § 541, comprising all legal and equitable interests of the Debtor in property, wherever located and by whomever held, as provided in 11 U.S.C. § 541.

4. **Automatic Stay.** The automatic stay of 11 U.S.C. § 362(a) is and has been in effect since the filing of the Petition on July 21, 2026, and continues in effect, applicable to all entities, except as otherwise provided in 11 U.S.C. § 362(b) or by further order of this Court.

5. **Debtor in Possession.** No trustee having been appointed, the Debtor shall remain in possession of its property and shall continue to operate and manage its affairs as a debtor in possession pursuant to 11 U.S.C. §§ 1107 and 1108, with all the rights, powers, and duties of a debtor in possession, unless and until a trustee is appointed under 11 U.S.C. § 1104.

6. **Schedules, Statements, Lists, and United States Trustee Requirements.** The Debtor shall file the list of creditors, schedules of assets and liabilities, statement of financial affairs, and other documents required by 11 U.S.C. § 521 and Federal Rule of Bankruptcy

Procedure 1007 within the times prescribed by Rule 1007 following entry of this Order for relief. The Debtor shall timely comply with all reporting, operating, and other obligations of a Chapter 11 debtor in possession, including the filing of monthly operating reports and the payment of quarterly fees owing to the United States Trustee under 28 U.S.C. § 1930(a)(6).

7. **Retention of Jurisdiction.** This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # # END OF ORDER # # #

**REFORM, EXHIBITS**

# U.S. Bankruptcy Court
# Northern District of Texas (Dallas)
# Bankruptcy Petition #: 26-33254-mvl11

*Assigned to:* Michelle V. Larson
Chapter 11
Involuntary
Asset

*Date filed:* 07/21/2026
*341 meeting:* 10/23/2026
*Deadline for filing claims:* 01/21/2027
*Deadline for filing claims (govt.):* 01/17/2027

***Debtor***
**Green Sapphire Holdings Inc.**
3500 Oak Lawn Ave
Ste. 460
Dallas, TX 75219
DALLAS-TX
Tax ID / EIN: 71-1018470

represented by **Andrew S. Dupre**
Akerman LLP
222 Delaware Avenue
Suite 1710
Wilmington, DE 19081
302-596-9200
Email: andrew.dupre@akerman.com

**Jerry L. Hall**
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
212-698-3875
Email: jerry.hall@dechert.com

**Jacob J King**
Dechert LLP
2651 N. Harwood St.
Dallas, TX 75201
214-855-7598
Email: jacob.king@dechert.com

**David William Parham**
Akerman LLP
2001 Ross Avenue, Suite 3600
Dallas, TX 75201
(214) 720-4300
Fax : (214) 981-9339
Email: david.parham@akerman.com

**R. Adam Swick**
Akerman LLP
500 W. 5th Street
Suite 1210
Austin, TX 78701
737-999-7103
Email: adam.swick@akerman.com

*U.S. Trustee*
**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202
214-767-8967

| Filing Date | Docket Text |
|---|---|
| 07/21/2026 | 1 (4 pgs) Chapter 7 involuntary petition against a non-individual. . Fee Amount $1738 Re: Green Sapphire Holdings Inc. Filed by lecocqassociate, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe (Tittle, Brandon) MODIFIED Case to reflect Chapter 7 per the involuntary petition on 8/18/2026 (mdo). |
| 07/21/2026 | Receipt of filing fee for Involuntary petition (chapter 11)( 26-33254-11) [misc,invol11] (1738.00). Receipt number A33967875, amount $1738.00 (re: Doc# 1). (U.S. Treasury) |
| 07/21/2026 | 80 (5 pgs) Amended involuntary petition by a non-individual filed for the following: Correct Chapter Designation . filed by lecocqassociate , Legamaro Banipal LLP , Charles-Hubert Vanoverberghe. (RE: related document(s)1 Involuntary petition (chapter 11)). (Okafor, M.) (Entered: 09/29/2026) |
| 07/22/2026 | 2 (2 pgs) Involuntary summons issued on Green Sapphire Holdings Inc. . (Harden, D.) |
| 07/22/2026 | 3 (2 pgs) Standing scheduling order regarding involuntary cases. Status Conference to be held on 8/18/2026 at 09:30 AM at https://us-courts.webex.com/meet/larson. Entered on 7/22/2026 (Harden, D.) |
| 07/26/2026 | 4 (19 pgs; 2 docs) Motion to impose automatic stay Filed by Petitioning Creditors Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (Attachments: # 1 Proposed Order) (Tittle, Brandon) |
| 07/27/2026 | 5 (8 pgs; 2 docs) Motion for expedited hearing(related documents 4 Motion to impose automatic stay) Filed by Petitioning Creditors Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (Attachments: # 1 Proposed Order) (Santiago, Manolo) |
| 07/27/2026 | 6 (3 pgs) Summons service executed in an involuntary case on Green Sapphire Holdings Inc. 7/27/2026, Answer Due 8/17/2026 filed by Petitioning Creditors Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate, Alleged Debtor Green Sapphire Holdings Inc.. (Santiago, Manolo) |
| 07/28/2026 | NOTICE OF APPROVAL OF MOTION FOR EXPEDITED HEARING. The motion for expedited hearing has been GRANTED by the court. Counsel for movant shall promptly file and serve a notice of hearing in ECF. (RE: related document(s)5 Motion for expedited hearing(related documents 4 Motion to impose automatic stay) Filed by Petitioning Creditors Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (Attachments: # 1 Proposed Order)) (Harden, D.) |
| 07/28/2026 | 7 (4 pgs) Notice of Appearance and Request for Notice *and Pleadings* by Spencer Hamilton filed by Creditor Global Capital Partners, LLC and Access Management, S.A.S., Inc.. (Hamilton, Spencer) |
| 07/29/2026 | 8 (2 pgs) Notice of hearing filed by Petitioning Creditors Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (RE: related document(s)4 Motion to impose automatic stay Filed by Petitioning Creditors Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (Attachments: # 1 Proposed Order)). Hearing to be held on 8/4/2026 at 02:00 PM Dallas Judge Larson Ctrm for 4, (Santiago, Manolo) |
| 07/29/2026 | 9 (3 pgs) Motion to appear pro hac vice for Robert E. Richards. Fee Amount $100 Filed by Creditor Global Capital Partners, LLC and Access Management, S.A.S., Inc. (Hamilton, Spencer) |

| | |
|---|---|
| 07/29/2026 | Receipt of filing fee for Motion to Appear pro hac vice( 26-33254-mvl11) [motion,mprohac] ( 100.00). Receipt number A33998386, amount $ 100.00 (re: Doc# 9). (U.S. Treasury) |
| 07/31/2026 | 10 (1 pg) Order granting motion to appear pro hac vice adding Robert E Richards for Global Capital Partners, LLC (related document # 9) Entered on 7/31/2026. (Okafor, M.) |
| 07/31/2026 | 11 (584 pgs; 19 docs) WITHDRAWN ON 9/9/26 PER DKT. 57. Motion to dismiss case Filed by Creditor Global Capital Partners, LLC (Attachments: # 1 Exhibit 1 - Order of Dismissal # 2 Index 2 - Cook County August 26, 2019, Hearing Transcript # 3 Exhibit 3 - Post-Trial Opinion # 4 Exhibit 4 - DE Order and Final Judgment # 5 Exhibit 5 - Motion to Void Judgment # 6 Exhibit 6 - Application for Injunction # 7 Exhibit 7 - GSH Adversary Complaint # 8 Exhibit 8 - June 16, 2026, Hearing Transcript # 9 Exhibit 9 - DE Contempt Ruling # 10 Exhibit 10 - Order Setting Hearing on Motion for Receiver # 11 Exhibit 11 - Order Denying Motion to Stay Execution # 12 Exhibit 12 - Order Denying Motion to Appoint Receiver # 13 Exhibit 13 - Email dated July 26, 2026, from B. Tittle to P. Trainer # 14 Exhibit 14 - Charles-Hubert Vanoverberghe Legal Opinion # 15 Exhibit 15 - DeMarco Counterclaims # 16 Exhibit 16 - Monthly Operating Report # 17 Exhibit 17 - Amended Schedules with Declaration # 18 Exhibit 18 - Schedules with Declaration) (Hamilton, Spencer) Modified TEXT on 9/9/2026 (had). |
| 07/31/2026 | 12 (5 pgs) Notice of hearing filed by Creditor Global Capital Partners, LLC (RE: related document(s)11 Motion to dismiss case Filed by Creditor Global Capital Partners, LLC (Attachments: # 1 Exhibit 1 - Order of Dismissal # 2 Index 2 - Cook County August 26, 2019, Hearing Transcript # 3 Exhibit 3 - Post-Trial Opinion # 4 Exhibit 4 - DE Order and Final Judgment # 5 Exhibit 5 - Motion to Void Judgment # 6 Exhibit 6 - Application for Injunction # 7 Exhibit 7 - GSH Adversary Complaint # 8 Exhibit 8 - June 16, 2026, Hearing Transcript # 9 Exhibit 9 - DE Contempt Ruling # 10 Exhibit 10 - Order Setting Hearing on Motion for Receiver # 11 Exhibit 11 - Order Denying Motion to Stay Execution # 12 Exhibit 12 - Order Denying Motion to Appoint Receiver # 13 Exhibit 13 - Email dated July 26, 2026, from B. Tittle to P. Trainer # 14 Exhibit 14 - Charles-Hubert Vanoverberghe Legal Opinion # 15 Exhibit 15 - DeMarco Counterclaims # 16 Exhibit 16 - Monthly Operating Report # 17 Exhibit 17 - Amended Schedules with Declaration # 18 Exhibit 18 - Schedules with Declaration)). Hearing to be held on 9/1/2026 at 09:30 AM at https://us-courts.webex.com/meet/larson for 11, (Hamilton, Spencer) |
| 08/03/2026 | 13 (2 pgs) Withdrawal filed by Petitioning Creditors Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (RE: related document(s)4 Motion to impose automatic stay ). (Santiago, Manolo) |
| 08/05/2026 | 14 (3 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)10 Order granting motion to appear pro hac vice adding Robert E Richards for Global Capital Partners, LLC (related document 9) Entered on 7/31/2026. (Okafor, M.)) No. of Notices: 1. Notice Date 08/05/2026. (Admin.) |
| 08/11/2026 | 15 (155 pgs; 4 docs) Motion for expedited hearing(related documents 11 Motion to dismiss case) Filed by Creditor Global Capital Partners, LLC (Attachments: # 1 Exhibit A - Rule 9011 Notice and Demand to Dismiss # 2 Exhibit B - Green Sapphire - Petitioning Creditors' Response Letter # 3 Exhibit C - Email Exchange) (Hamilton, Spencer) |
| 08/11/2026 | 16 (3 pgs) Motion to appear pro hac vice for Kenneth J. Pfaehler. Fee Amount $100 Filed by Creditor Global Capital Partners, LLC (Hamilton, Spencer) |
| 08/11/2026 | 17 (6 pgs) Motion to appear pro hac vice for Nicholas W. Petts. Fee Amount $100 Filed by Creditor Global Capital Partners, LLC (Hamilton, Spencer) |
| 08/11/2026 | Receipt of filing fee for Motion to Appear pro hac vice( 26-33254-mvl11) [motion,mprohac] ( 100.00). Receipt number A34050357, amount $ 100.00 (re: Doc# 16). (U.S. Treasury) |
| 08/11/2026 | Receipt of filing fee for Motion to Appear pro hac vice( 26-33254-mvl11) [motion,mprohac] ( 100.00). Receipt number A34050357, amount $ 100.00 (re: Doc# 17). (U.S. Treasury) |

| | |
|---|---|
| 08/11/2026 | 18 (5 pgs) Amended Motion to appear pro hac vice for Nicholas W. Petts. (related document: 17) Filed by Creditor Global Capital Partners, LLC (Hamilton, Spencer) |
| 08/12/2026 | 19 (3 pgs) Amended Motion to appear pro hac vice for Kenneth J. Pfaehler. (related document: 16) Filed by Creditor Global Capital Partners, LLC (Hamilton, Spencer) |
| 08/12/2026 | 20 (5 pgs) Amended Motion to appear pro hac vice for Nicholas W. Petts. (related document: 18) Filed by Creditor Global Capital Partners, LLC (Hamilton, Spencer) |
| 08/12/2026 | 21 (12 pgs) Objection to (related document(s): 15 Motion for expedited hearing(related documents 11 Motion to dismiss case) filed by Creditor Global Capital Partners, LLC) filed by Petitioning Creditors Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate. (Santiago, Manolo) |
| 08/13/2026 | 22 (10 pgs; 3 docs) Reply to (related document(s): 21 Objection filed by Petitioning Creditor lecocqassociate, Petitioning Creditor Legamaro Banipal LLP, Petitioning Creditor Charles-Hubert Vanoverberghe) *and In Support of Global Capital Partners, LLCs Motion For Expedited Hearing On Its Pending Motion To Dismiss Involuntary Petition* filed by Creditor Global Capital Partners, LLC. (Attachments: # 1 Index D - Email Re: Self-calendar docket is reserved for matters requiring 30 minutes or less # 2 Exhibit E - Email Re: Parties agreed that two hours should suffice for the hearing) (Hamilton, Spencer) |
| 08/13/2026 | 23 (1 pg) Order granting motion to appear pro hac vice adding Kenneth J. Pfaehler for Global Capital Partners, LLC (related document # 19) Entered on 8/13/2026. (Okafor, M.) |
| 08/13/2026 | 24 (1 pg) Order granting motion to appear pro hac vice adding Nicholas W. Petts for Global Capital Partners, LLC (related document # 20) Entered on 8/13/2026. (Okafor, M.) |
| 08/15/2026 | 25 (7 pgs) Joinder by *Lazareff Le Bars Legal Advisory Limited (ADGM)* filed by Petitioning Creditor Lazareff Le Bars Legal Advisory Limited (ADGM) (RE: related document(s)1 Involuntary petition (chapter 11) and 80 Amended petition). (Tittle, Brandon). Modified linkage on 9/29/2026 (mdo). |
| 08/15/2026 | 26 (7 pgs) Joinder by *Lazareff Le Bars SARL* filed by Petitioning Creditor Lazareff Le Bars SARL (RE: related document(s)1 Involuntary petition (chapter 11)). (Tittle, Brandon) |
| 08/15/2026 | 27 (7 pgs) Joinder by *(Amended) filed by Lazareff Le Bars SARL* filed by Petitioning Creditor Lazareff Le Bars SARL (RE: related document(s)1 Involuntary petition (chapter 11) and 80 Amended petition). (Tittle, Brandon). Modified linkage on 9/29/2026 (mdo). |
| 08/15/2026 | 28 (3 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)23 Order granting motion to appear pro hac vice adding Kenneth J. Pfaehler for Global Capital Partners, LLC (related document 19) Entered on 8/13/2026. (Okafor, M.)) No. of Notices: 1. Notice Date 08/15/2026. (Admin.) |
| 08/15/2026 | 29 (3 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)24 Order granting motion to appear pro hac vice adding Nicholas W. Petts for Global Capital Partners, LLC (related document 20) Entered on 8/13/2026. (Okafor, M.)) No. of Notices: 1. Notice Date 08/15/2026. (Admin.) |
| 08/17/2026 | 30 (7 pgs) Pre-Status Conference Report filed by Petitioning Creditors Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate. (Tittle, Brandon) |
| 08/18/2026 | 31 (4 pgs) Notice of Appearance and Request for Notice by R. Adam Swick filed by Alleged Debtor Green Sapphire Holdings Inc.. (Swick, R.) |

| | |
|---|---|
| 08/18/2026 | 32 (4 pgs) Motion to appear pro hac vice for Andrew S. Dupre. Fee Amount $100 Filed by Alleged Debtor Green Sapphire Holdings Inc. (Swick, R.) |
| 08/18/2026 | Receipt of filing fee for Motion to Appear pro hac vice( 26-33254-mvl11) [motion,mprohac] ( 100.00). Receipt number A34075145, amount $ 100.00 (re: Doc# 32). (U.S. Treasury) |
| 08/18/2026 | 33 (4 pgs) Notice of Appearance and Request for Notice by David William Parham filed by Alleged Debtor Green Sapphire Holdings Inc.. (Parham, David) |
| 08/18/2026 | 34 (1 pg) Request for Transcript regarding a hearing held on 8/18/2026. The requested turn-around time is hourly. filed by Creditor Global Capital Partners, LLC. (Hamilton, Spencer) |
| 08/18/2026 | 37 Status Conference held on 8/18/2026. (RE: related document(s)1 Chapter 7 involuntary petition against a non-individual. . Fee Amount $1738 Re: Green Sapphire Holdings Inc. Filed by lecocqassociate, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe (Tittle, Brandon) MODIFIED Case to reflect Chapter 7 per the involuntary petition on 8/18/2026 (mdo).) (Hearing Held: Counsel appeared for Green Sapphire Holdings Inc., Petitioning Creditors lecocqassociate, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, Lazareff Le Bars Legal Advisory Limited (ADGM), and Lazareff Le Bars SARL, Global Capital Partners, LLC and the Office of the United States Trustee. Counsel for Petitioning Creditors to seek to amend Petition which was filed as Involuntary Chapter 11, but marked as Chapter 7 on Involuntary Petition. Alleged Debtor not opposed to entry for order for relief. Global Capitals Motion to Dismiss to be set prior to entry of order for relief. In person, evidentiary hearing to be held.) (Harden, D.) (Entered: 08/20/2026) |
| 08/19/2026 | 35 (24 pgs; 2 docs) Motion for leave *to File First Amended Involuntary Petition to Correct Chapter Designation, Preserve the July 21, 2026 Petition Date, and Confirm the Continuing Effect of Filed Joinders* (related document(s) 1 Involuntary petition (chapter 11)) Filed by Petitioning Creditors Legamaro Banipal LLP, lecocqassociate Objections due by 9/9/2026. (Attachments: # 1 Proposed Order) (Tittle, Brandon) |
| 08/19/2026 | 36 (25 pgs; 2 docs) Motion for leave *to File First Amended Involuntary Petition to Correct Chapter Designation, Preserve the July 21, 2026 Petition Date, and Confirm the Continuing Effect of Filed Joinders* (related document(s) 1 Involuntary petition (chapter 11)) Filed by Petitioning Creditors Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate Objections due by 9/9/2026. (Attachments: # 1 Proposed Order) (Tittle, Brandon) |
| 08/20/2026 | 38 (1 pg) Order granting motion to appear pro hac vice adding Andrew S. Dupre for Green Sapphire Holdings Inc. (related document # 32) Entered on 8/20/2026. (Okafor, M.) |
| 08/21/2026 | 39 (108 pgs; 12 docs) Response opposed to (related document(s): 11 Motion to dismiss case filed by Creditor Global Capital Partners, LLC) filed by Petitioning Creditors Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate. (Attachments: # 1 Exhibit Index # 2 Exhibit 1 # 3 Exhibit 2 # 4 Exhibit 3 # 5 Exhibit 4 # 6 Exhibit 5 # 7 Exhibit 6 # 8 Exhibit 7 # 9 Exhibit 8 # 10 Exhibit 9 # 11 Exhibit 10) (Tittle, Brandon) |
| 08/21/2026 | 40 (154 pgs; 6 docs) Response opposed to (related document(s): 11 Motion to dismiss case filed by Creditor Global Capital Partners, LLC) filed by Alleged Debtor Green Sapphire Holdings Inc.. (Attachments: # 1 Appendix # 2 Exhibit Ex A # 3 Exhibit B # 4 Exhibit C # 5 Exhibit D) (Swick, R.) |
| 08/21/2026 | 41 Transcript regarding Hearing Held 08/18/2026 before Judge Michelle V. Larson (44 pages) RE: Status Conference. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 11/19/2026. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Kathy Rehling, kathyrehlingtranscripts@gmail.com, Telephone number 972-786-3063. (RE: related document(s) 37 Status Conference held on 8/18/2026. (RE: related document(s)1 Chapter 7 involuntary petition against a non- |

| | |
|---|---|
| | individual. . Fee Amount $1738 Re: Green Sapphire Holdings Inc. Filed by lecocqassociate, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe (Tittle, Brandon) MODIFIED Case to reflect Chapter 7 per the involuntary petition on 8/18/2026 (mdo).) (Hearing Held: Counsel appeared for Green Sapphire Holdings Inc., Petitioning Creditors lecocqassociate, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, Lazareff Le Bars Legal Advisory Limited (ADGM), and Lazareff Le Bars SARL, Global Capital Partners, LLC and the Office of the United States Trustee. Counsel for Petitioning Creditors to seek to amend Petition which was filed as Involuntary Chapter 11, but marked as Chapter 7 on Involuntary Petition. Alleged Debtor not opposed to entry for order for relief. Global Capitals Motion to Dismiss to be set prior to entry of order for relief. In person, evidentiary hearing to be held.) (Harden, D.)). Transcript to be made available to the public on 11/19/2026. (Rehling, Kathy) |
| 08/23/2026 | 42 (3 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)38 Order granting motion to appear pro hac vice adding Andrew S. Dupre for Green Sapphire Holdings Inc. (related document 32) Entered on 8/20/2026. (Okafor, M.)) No. of Notices: 1. Notice Date 08/23/2026. (Admin.) |
| 08/24/2026 | 43 (34 pgs; 3 docs) Motion to impose automatic stay Filed by Petitioning Creditors Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (Attachments: # 1 Exhibit A # 2 Proposed Order) (Tittle, Brandon) |
| 08/24/2026 | 44 (6 pgs; 2 docs) Motion for expedited hearing(related documents 43 Motion to impose automatic stay) Filed by Petitioning Creditors Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (Attachments: # 1 Proposed Order) (Tittle, Brandon) |
| 08/26/2026 | 45 (103 pgs; 4 docs) Objection to (related document(s): 44 Motion for expedited hearing(related documents 43 Motion to impose automatic stay) filed by Petitioning Creditor lecocqassociate, Petitioning Creditor Legamaro Banipal LLP, Petitioning Creditor Charles-Hubert Vanoverberghe, Petitioning Creditor Lazareff Le Bars Legal Advisory Limited (ADGM), Petitioning Creditor Lazareff Le Bars SARL) filed by Creditor Global Capital Partners, LLC. (Attachments: # 1 Exhibit A - Supplemental Certificate of Service # 2 Exhibit B - Debtor's Motion to Continue Hearing (Part 1 Exhibits A -B) # 3 Exhibit B - Debtor's Motion to Continue Hearing (Part 2 Exhibits C-D)) (Hamilton, Spencer) |
| 08/27/2026 | NOTICE OF APPROVAL OF MOTION FOR EXPEDITED HEARING. The motion for expedited hearing has been GRANTED by the court. Counsel for movant shall promptly file and serve a notice of hearing in ECF. (RE: related document(s)44 Motion for expedited hearing(related documents 43 Motion to impose automatic stay) Filed by Petitioning Creditors Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (Attachments: # 1 Proposed Order)) (Harden, D.) |
| 08/27/2026 | 46 (3 pgs; 2 docs) Notice of hearing filed by Petitioning Creditors Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (RE: related document(s)43 Motion to impose automatic stay filed by Petitioning Creditor lecocqassociate, Petitioning Creditor Legamaro Banipal LLP, Petitioning Creditor Charles-Hubert Vanoverberghe, Petitioning Creditor Lazareff Le Bars Legal Advisory Limited (ADGM), Petitioning Creditor Lazareff Le Bars SARL). Hearing to be held on 9/1/2026 at 09:30 AM at https://us-courts.webex.com/meet/larson for 43, (Attachments: # 1 Matrix)(Santiago, Manolo) |
| 08/31/2026 | 47 (31 pgs; 2 docs) Objection to (related document(s): 43 Motion to impose automatic stay filed by Petitioning Creditor lecocqassociate, Petitioning Creditor Legamaro Banipal LLP, Petitioning Creditor Charles-Hubert Vanoverberghe, Petitioning Creditor Lazareff Le Bars Legal Advisory Limited (ADGM), Petitioning Creditor Lazareff Le Bars SARL) filed by Creditor Global Capital Partners, LLC. (Attachments: # 1 Exhibit 1) (Hamilton, Spencer) |
| 08/31/2026 | 48 (34 pgs; 4 docs) Exhibit List filed by Petitioning Creditors Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (RE: related document(s)43 Motion to impose automatic stay ). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C) (Tittle, Brandon) |

| | |
|---|---|
| 09/01/2026 | 49 (1 pg) Court admitted exhibits date of hearing 9/1/26 Petitioning Creditors Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate's EXHIBITS A and C ADMITTED SEE DKT#48 (RE: related document(s)43 Motion to impose automatic stay Filed by Petitioning Creditors Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (Attachments: # 1 Exhibit A # 2 Proposed Order)) (Robinson, Bryon) |
| 09/01/2026 | 50 Hearing held on 9/1/2026. (RE: related document(s)43 Motion to impose automatic stay Filed by Petitioning Creditors Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (Attachments: # 1 Exhibit A # 2 Proposed Order)) (Hearing Held: Counsel appeared for Green Sapphire Holdings Inc., Petitioning Creditors lecocqassociate, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, Lazareff Le Bars Legal Advisory Limited (ADGM), and Lazareff Le Bars SARL, and Global Capital Partners, LLC. For the reasons stated on the record, Motion GRANTED IN PART AND DENIED IN PART. Court determined that stay is in effect and that Motion to Reopen in prior Illinois bankruptcy (in and of itself) did not violate stay. Court took no position on whether Global Capitals other actions/requested relief before Illinois Bankruptcy Court would constitute action excepted under Section 362(b)(4) as action within police power of governmental unit. Absent evidence, any such ruling would constitute advisory opinion. No stay will be issued with respect to Illinois Bankruptcy Court. Global Capital advised to review Fifth Circuit authority and proceed at its own risk.) (Harden, D.) (Entered: 09/02/2026) |
| 09/02/2026 | 51 (6 pgs) Notice *of Order Entered In Green Sapphire's Bankruptcy Case In The Northern District of Illinois Bankruptcy Court* filed by Creditor Global Capital Partners, LLC. (Hamilton, Spencer) |
| 09/03/2026 | 52 (1 pg) Request for Transcript regarding a hearing held on 9/1/2026. The requested turn-around time is daily. filed by Petitioning Creditors Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate. (Tittle, Brandon) |
| 09/03/2026 | 53 (1 pg) (COPY REQUEST) Request for Transcript regarding a hearing held on 9/1/2026. The requested turn-around time is hourly. filed by Creditor Global Capital Partners, LLC. (Hamilton, Spencer) Modified TEXT on 9/3/2026 (had). |
| 09/08/2026 | 54 Transcript regarding Hearing Held 09/01/2026 RE: Motion to impose automatic stay. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 12/7/2026. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber eScribes, LLC, Telephone number 800-257-0885. (RE: related document(s) 50 Hearing held on 9/1/2026. (RE: related document(s)43 Motion to impose automatic stay Filed by Petitioning Creditors Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (Attachments: # 1 Exhibit A # 2 Proposed Order)) (Hearing Held: Counsel appeared for Green Sapphire Holdings Inc., Petitioning Creditors lecocqassociate, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, Lazareff Le Bars Legal Advisory Limited (ADGM), and Lazareff Le Bars SARL, and Global Capital Partners, LLC. For the reasons stated on the record, Motion GRANTED IN PART AND DENIED IN PART. Court determined that stay is in effect and that Motion to Reopen in prior Illinois bankruptcy (in and of itself) did not violate stay. Court took no position on whether Global Capitals other actions/requested relief before Illinois Bankruptcy Court would constitute action excepted under Section 362(b)(4) as action within police power of governmental unit. Absent evidence, any such ruling would constitute advisory opinion. No stay will be issued with respect to Illinois Bankruptcy Court. Global Capital advised to review Fifth Circuit authority and proceed at its own risk.) (Harden, D.)). Transcript to be made available to the public on 12/7/2026. (Kurtzer, Benjamin) |
| 09/08/2026 | 55 (1 pg) Request for Transcript regarding a hearing held on 8/18/2026. The requested turn-around time is hourly. filed by Alleged Debtor Green Sapphire Holdings Inc.. (Swick, R.) |
| 09/09/2026 | 56 (999 pgs; 24 docs) Motion to transfer case to the Northern District of Illinois, Eastern division. Filed by Creditor Global Capital Partners, LLC (Attachments: # 1 Exhibit 1 - Voluntary Petition for Non-Individuals Filing for Bankruptcy, May 14, 2025, In re Green Sapphire I # 2 Exhibit 2 - Order Granting |

| | |
|---|---|
| | Motion to Dismiss and Refiling Bar, July 17, 2026, In re Green Sapphire I # 3 Exhibit 3 - Show Cause Order Granting Motion to Reopen, September 2, 2026, In re Green Sapphire I # 4 Exhibit 4 - Published Post-Trial Opinion, March 13, 2026 # 5 Exhibit 5 - Motion by Plaintiffs Alpha Carta, Ltd for leave to file Fourth Amended Complaint (Wolfe, et al. v. Looper, et al., N.D. Ill. Case 1:24-cv-01538) # 6 Exhibit 6 - Green Sapphire Holdings, Inc., Entity Registration September 6, 2026 (Illinois Secretary of State website and the Texas Secretary of State website) # 7 Exhibit 7 - Debtors Statement of Financial Affairs, June 24, 2025 # 8 Exhibit 8 - Transcript of the deposition of Timothy Yuskus, August 8, 2025 # 9 Exhibit 9 - 60 Degrees Group, LLC Entity Registration September 6, 2026 (Illinois Secretary of State website) # 10 Exhibit 10 - Thane Ritchie Capital Management, 2024 (Ritchie Dep. Ex. 10) # 11 Exhibit 11 - Order and Final Judgment, April 14, 2026 # 12 Exhibit 12 - Motion for Entry of a Rule to Show Cause, to Enjoin and Void Delaware Final Order and Shorten Notice, April 17, 2026 # 13 Exhibit 13 - Hearing Transcript, June 16, 2026 # 14 Exhibit 14 - Order Denying the Motion, June 22, 2026 # 15 Exhibit 15 - Memorandum Addressing Contempt, June 23, 2026, Court of Chancery Case # 16 Exhibit 16 - Adversary Complaint dated May 29, 2026, In re Green Sapphire I # 17 Exhibit 17 - Order Denying Application to Employ, October 14, 2025, In re Green Sapphire I, Dkt 88. [No Document Minute Entry] # 18 Exhibit 18 - Monthly Operating Report May 2026 filed June 21, 2026 # 19 Exhibit 19 - Schedule A/B: Assets -Real and Personal Property dated October 30, 2025 Green Sapphire I # 20 Exhibit 20 - Order Setting Hearing, July 20, 2026, Court of Chancery Case # 21 Exhibit 21 - Transcript of Proceedings at Status Conference, August 18, 2026 # 22 Exhibit 22 - Transcript of First Meeting of Creditors, June 25, 2025, In re Green Sapphire I # 23 Proposed Order Motion to Transfer) (Hamilton, Spencer) |
| 09/09/2026 | 57 (2 pgs) Notice of Withdrawal filed by Creditor Global Capital Partners, LLC (RE: related document(s)11 Motion to dismiss case ). (Hamilton, Spencer)Modified on 9/9/2026 (had). |
| 09/09/2026 | 58 (255 pgs; 17 docs) PETITIONING CREDITORS EMERGENCY OBJECTION TO GLOBALS NOTICE OF WITHDRAWAL; EMERGENCY REQUEST FOR WITHPREJUDICE DISPOSITION; AND ALTERNATIVE EMERGENCY MOTION TO PRESERVE THE SEPTEMBER 14 EVIDENTIARY HEARING (related documents 11 Motion to dismiss case) Filed by Petitioning Creditors Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (Attachments: # 1 Proposed Order # 2 Alternative Proposed Order # 3 Exhibit Index # 4 Exhibit A # 5 Exhibit B # 6 Exhibit C # 7 Exhibit D # 8 Exhibit E # 9 Exhibit F # 10 Exhibit G # 11 Exhibit H # 12 Exhibit I # 13 Exhibit J # 14 Exhibit K # 15 Exhibit L # 16 Exhibit M) (Tittle, Brandon) Modified TEXT on 9/16/2026 (had). |
| 09/09/2026 | 59 (10 pgs; 2 docs) Motion for expedited hearing(related documents 58 Motion to set hearing) Filed by Petitioning Creditors Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (Attachments: # 1 Proposed Order) (Tittle, Brandon) |
| 09/09/2026 | 60 (176 pgs; 9 docs) Objection to (related document(s): 36 Motion for leave *to File First Amended Involuntary Petition to Correct Chapter Designation, Preserve the July 21, 2026 Petition Date, and Confirm the Continuing Effect of Filed Joinders* (related document(s) 1 Involuntary petition (chapter 11)) filed by Petitioning Creditor lecocqassociate, Petitioning Creditor Legamaro Banipal LLP, Petitioning Creditor Charles-Hubert Vanoverberghe) filed by Creditor Global Capital Partners, LLC. (Attachments: # 1 Exhibit 1 - Transcript of Status Hearing, Aug. 18, 2026 # 2 Exhibit 2 - Order Granting Motion to Dismiss and Refiling Bar, July 17, 2026 In re Green Sapphire I # 3 Exhibit 3 - Order and Final Judgment, April 14, 2026 Court of Chancery Case # 4 Exhibit 4 - Hearing Transcript, June 16, 2026, In re Green Sapphire I # 5 Exhibit 5 - Memorandum Addressing Contempt, June 23, 2026, Court of Chancery Case # 6 Exhibit 6 - Monthly Operating Report May 2026 filed June 21, 2026, In re Green Sapphire I # 7 Exhibit 7 - Schedule AB Assets Real and Personal Property, October 30, 2025 # 8 Exhibit 8 - Summary of Assets and Liabilities, June 24, 2025, In re Green Sapphire I) (Hamilton, Spencer) |
| 09/09/2026 | 61 (116 pgs; 8 docs) Motion for contempt against Global Capital Partners, LLC regarding Violating the Automatic Stay Filed by Petitioning Creditors Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (Attachments: # 1 Proposed Order # 2 Exhibit Index # 3 Exhibit A # 4 Exhibit B # 5 Exhibit C # 6 Exhibit D # 7 Exhibit E) (Tittle, Brandon) |

| | |
|---|---|
| 09/10/2026 | 62 (11 pgs; 2 docs) Motion for expedited hearing(related documents 61 Motion for Contempt) Filed by Petitioning Creditors Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (Attachments: # 1 Proposed Order) (Tittle, Brandon) |
| 09/10/2026 | 63 (177 pgs; 9 docs) Amended Objection to (related document(s): 36 Motion for leave *to File First Amended Involuntary Petition to Correct Chapter Designation, Preserve the July 21, 2026 Petition Date, and Confirm the Continuing Effect of Filed Joinders* (related document(s) 1 Involuntary petition (chapter 11)) filed by Petitioning Creditor lecocqassociate, Petitioning Creditor Legamaro Banipal LLP, Petitioning Creditor Charles-Hubert Vanoverberghe) filed by Creditor Global Capital Partners, LLC. (Attachments: # 1 Exhibit 1 - Transcript of Status Hearing, August 18, 2026 # 2 Exhibit 2 - Order Granting Motion to Dismiss and Refiling Bar, July 17, 2026 In re Green Sapphire I # 3 Exhibit 3 - Order and Final Judgment, April 14, 2026 Court of Chancery Case # 4 Exhibit 4 - Hearing Transcript, June 16, 2026, In re Green Sapphire I # 5 Exhibit 5 - Memorandum Addressing Contempt, June 23, 2026, Court of Chancery Case # 6 Exhibit 6 - Monthly Operating Report May 2026 filed June 21, 2026, In re Green Sapphire I # 7 Exhibit 7 - Schedule AB Assets Real and Personal Property, October 30, 2025 # 8 Exhibit 8 - Summary of Assets and Liabilities, June 24, 2025, In re Green Sapphire I) (Hamilton, Spencer) |
| 09/10/2026 | 64 (2 pgs) Notice of Appearance and Request for Notice by Kevin Dale McCullough filed by Tailwind Capital, Global Capital Partners, LLC. (McCullough, Kevin) |
| 09/11/2026 | 65 (26 pgs) Notice *of Hearing Transcript In Green Sapphire Holdings, Inc.'s Bankruptcy Case In Northern District of Illinois* filed by Creditor Global Capital Partners, LLC. (Hamilton, Spencer) |
| 09/15/2026 | NOTICE OF APPROVAL OF MOTION FOR EXPEDITED HEARING. The motion for expedited hearing has been GRANTED by the court. Counsel for movant shall promptly file and serve a notice of hearing in ECF. (RE: related document(s)59 Motion for expedited hearing(related documents 58 Motion to set hearing) Filed by Petitioning Creditors Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (Attachments: # 1 Proposed Order)) (Harden, D.) |
| 09/15/2026 | NOTICE OF DENIAL OF MOTION FOR EXPEDITED HEARING. The motion for expedited hearing has been DENIED by the court. (RE: related document(s)62 Motion for expedited hearing(related documents 61 Motion for Contempt) Filed by Petitioning Creditors Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (Attachments: # 1 Proposed Order)) (Harden, D.) |
| 09/16/2026 | 66 (3 pgs) Notice of hearing filed by Petitioning Creditors Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (RE: related document(s)36 Motion for leave *to File First Amended Involuntary Petition to Correct Chapter Designation, Preserve the July 21, 2026 Petition Date, and Confirm the Continuing Effect of Filed Joinders* (related document(s) 1 Involuntary petition (chapter 11)) Filed by Petitioning Creditors Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate Objections due by 9/9/2026. (Attachments: # 1 Proposed Order), 58 PETITIONING CREDITORS EMERGENCY OBJECTION TO GLOBALS NOTICE OF WITHDRAWAL; EMERGENCY REQUEST FOR WITHPREJUDICE DISPOSITION; AND ALTERNATIVE EMERGENCY MOTION TO PRESERVE THE SEPTEMBER 14 EVIDENTIARY HEARING (related documents 11 Motion to dismiss case) Filed by Petitioning Creditors Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (Attachments: # 1 Proposed Order # 2 Alternative Proposed Order # 3 Exhibit Index # 4 Exhibit A # 5 Exhibit B # 6 Exhibit C # 7 Exhibit D # 8 Exhibit E # 9 Exhibit F # 10 Exhibit G # 11 Exhibit H # 12 Exhibit I # 13 Exhibit J # 14 Exhibit K # 15 Exhibit L # 16 Exhibit M) (Tittle, Brandon) Modified TEXT on 9/16/2026 (had).). Hearing to be held on 9/21/2026 at 09:30 AM at https://us-courts.webex.com/meet/larson for 58 and for 36, (Tittle, Brandon) |
| 09/17/2026 | 67 (81 pgs; 19 docs) Reply to (related document(s): 63 Objection filed by Creditor Global Capital Partners, LLC) filed by Petitioning Creditors Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate. (Attachments: # |

| | |
|---|---|
| | 1 Exhibit Index # 2 Exhibit 1 # 3 Exhibit 2 # 4 Exhibit 3 # 5 Exhibit 4 # 6 Exhibit 5 # 7 Exhibit 6 # 8 Exhibit 7 # 9 Exhibit 8 # 10 Exhibit 9 # 11 Exhibit 10 # 12 Exhibit 11 # 13 Exhibit 12 # 14 Exhibit 13 # 15 Exhibit 14 # 16 Exhibit 15 # 17 Exhibit 16 # 18 Exhibit 17) (Tittle, Brandon) |
| 09/17/2026 | 68 (344 pgs; 27 docs) Exhibit List filed by Petitioning Creditors Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (RE: related document(s)36 Motion for leave *to File First Amended Involuntary Petition to Correct Chapter Designation, Preserve the July 21, 2026 Petition Date, and Confirm the Continuing Effect of Filed Joinders* (related document(s) 1 Involuntary petition (chapter 11)), 58 Motion to set hearing(related documents 11 Motion to dismiss case)). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17 # 18 Exhibit 18 # 19 Exhibit 19 # 20 Exhibit 20 # 21 Exhibit 21 # 22 Exhibit 22 # 23 Exhibit 23 # 24 Exhibit 24 # 25 Exhibit 25 # 26 Exhibit 26) (Tittle, Brandon) |
| 09/18/2026 | 69 (310 pgs) Response opposed to (related document(s): 58 Motion to set hearing(related documents 11 Motion to dismiss case) filed by Petitioning Creditor lecocqassociate, Petitioning Creditor Legamaro Banipal LLP, Petitioning Creditor Charles-Hubert Vanoverberghe, Petitioning Creditor Lazareff Le Bars Legal Advisory Limited (ADGM), Petitioning Creditor Lazareff Le Bars SARL) filed by Creditor Global Capital Partners, LLC. (Hamilton, Spencer) |
| 09/18/2026 | 70 (77 pgs; 4 docs) Witness and Exhibit List *for the September 21, 2026 Hearing* filed by Alleged Debtor Green Sapphire Holdings Inc. (RE: related document(s)58 Motion to set hearing(related documents 11 Motion to dismiss case)). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3) (Parham, David) |
| 09/21/2026 | 71 (1 pg) Court admitted exhibits date of hearing 9/21/26 Petitioning Creditors Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate's EXHIBITS 1-26 ADMITTED SEE DKT#68 (RE: related document(s)58 PETITIONING CREDITORS EMERGENCY OBJECTION TO GLOBALS NOTICE OF WITHDRAWAL; EMERGENCY REQUEST FOR WITHPREJUDICE DISPOSITION; AND ALTERNATIVE EMERGENCY MOTION TO PRESERVE THE SEPTEMBER 14 EVIDENTIARY HEARING (related documents 11 Motion to dismiss case) Filed by Petitioning Creditors Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (Attachments: # 1 Proposed Order # 2 Alternative Proposed Order # 3 Exhibit Index # 4 Exhibit A # 5 Exhibit B # 6 Exhibit C # 7 Exhibit D # 8 Exhibit E # 9 Exhibit F # 10 Exhibit G # 11 Exhibit H # 12 Exhibit I # 13 Exhibit J # 14 Exhibit K # 15 Exhibit L # 16 Exhibit M) (Tittle, Brandon) Modified TEXT on 9/16/2026 (had).) (Robinson, Bryon) |
| 09/21/2026 | 72 (1 pg) Request for Transcript regarding a hearing held on 9/21/2026. The requested turn-around time is hourly. filed by Alleged Debtor Green Sapphire Holdings Inc.. (Swick, R.) |
| 09/21/2026 | 73 (1 pg) Request for Transcript regarding a hearing held on 9/21/2026. The requested turn-around time is hourly. filed by Creditor Global Capital Partners, LLC. (Hamilton, Spencer) |
| 09/21/2026 | 74 (6 pgs) Notice of hearing filed by Creditor Global Capital Partners, LLC (RE: related document(s)56 Motion to transfer case to the Northern District of Illinois, Eastern division. Filed by Creditor Global Capital Partners, LLC (Attachments: # 1 Exhibit 1 - Voluntary Petition for Non-Individuals Filing for Bankruptcy, May 14, 2025, In re Green Sapphire I # 2 Exhibit 2 - Order Granting Motion to Dismiss and Refiling Bar, July 17, 2026, In re Green Sapphire I # 3 Exhibit 3 - Show Cause Order Granting Motion to Reopen, September 2, 2026, In re Green Sapphire I # 4 Exhibit 4 - Published Post-Trial Opinion, March 13, 2026 # 5 Exhibit 5 - Motion by Plaintiffs Alpha Carta, Ltd for leave to file Fourth Amended Complaint (Wolfe, et al. v. Looper, et al., N.D. Ill. Case 1:24-cv-01538) # 6 Exhibit 6 - Green Sapphire Holdings, Inc., Entity Registration September 6, 2026 (Illinois Secretary of State website and the Texas Secretary of State website) # 7 Exhibit 7 - Debtors Statement of Financial Affairs, June 24, 2025 # 8 Exhibit 8 - Transcript of the deposition of Timothy Yuskus, August 8, 2025 # 9 Exhibit 9 - 60 Degrees Group, LLC Entity Registration September 6, 2026 (Illinois Secretary of State website) # 10 Exhibit 10 - Thane Ritchie Capital Management, 2024 (Ritchie Dep. Ex. 10) # 11 Exhibit 11 - Order and Final Judgment, April 14, 2026 # 12 Exhibit 12 - Motion for Entry of a Rule to Show Cause, to Enjoin and Void Delaware Final |

| | |
|---|---|
| | Order and Shorten Notice, April 17, 2026 # 13 Exhibit 13 - Hearing Transcript, June 16, 2026 # 14 Exhibit 14 - Order Denying the Motion, June 22, 2026 # 15 Exhibit 15 - Memorandum Addressing Contempt, June 23, 2026, Court of Chancery Case # 16 Exhibit 16 - Adversary Complaint dated May 29, 2026, In re Green Sapphire I # 17 Exhibit 17 - Order Denying Application to Employ, October 14, 2025, In re Green Sapphire I, Dkt 88. [No Document Minute Entry] # 18 Exhibit 18 - Monthly Operating Report May 2026 filed June 21, 2026 # 19 Exhibit 19 - Schedule A/B: Assets -Real and Personal Property dated October 30, 2025 Green Sapphire I # 20 Exhibit 20 - Order Setting Hearing, July 20, 2026, Court of Chancery Case # 21 Exhibit 21 - Transcript of Proceedings at Status Conference, August 18, 2026 # 22 Exhibit 22 - Transcript of First Meeting of Creditors, June 25, 2025, In re Green Sapphire I # 23 Proposed Order Motion to Transfer)). Hearing to be held on 10/8/2026 at 02:30 PM at https://us-courts.webex.com/meet/larson for 56, (Hamilton, Spencer) |
| 09/21/2026 | 75 Hearing held on 9/21/2026. (RE: related document(s)58 PETITIONING CREDITORS EMERGENCY OBJECTION TO GLOBALS NOTICE OF WITHDRAWAL; EMERGENCY REQUEST FOR WITHPREJUDICE DISPOSITION; AND ALTERNATIVE EMERGENCY MOTION TO PRESERVE THE SEPTEMBER 14 EVIDENTIARY HEARING (related documents 11 Motion to dismiss case) Filed by Petitioning Creditors Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (Attachments: # 1 Proposed Order # 2 Alternative Proposed Order # 3 Exhibit Index # 4 Exhibit A # 5 Exhibit B # 6 Exhibit C # 7 Exhibit D # 8 Exhibit E # 9 Exhibit F # 10 Exhibit G # 11 Exhibit H # 12 Exhibit I # 13 Exhibit J # 14 Exhibit K # 15 Exhibit L # 16 Exhibit M) (Tittle, Brandon) Modified TEXT on 9/16/2026 (had).) (Hearing Held: Counsel appeared for Green Sapphire Holdings Inc., Petitioning Creditors lecocqassociate, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, Lazareff Le Bars Legal Advisory Limited (ADGM), and Lazareff Le Bars SARL, and Global Capital Partners, LLC. Order for Relief unopposed. Chapter 11 Order for Relief to be issued for Green Sapphire Holdings Inc. For the reasons stated on the record, Petitioning Creditors Motion to deem withdrawal of Motion to Dismiss with prejudice DENIED; provided however, Court cautions parties to avoid gamesmanship in a race to res judicata. Dkt. No. 61 to be set at later time given entry of order for relief. Dkt. No. 56 set for 10/8/26 at 2:30 PM, with briefing to be complete by 10/5/26.) (Robinson, Bryon) (Entered: 09/22/2026) |
| 09/22/2026 | 76 Transcript regarding Hearing Held 09/21/2026 before Judge Michelle V. Larson (70 pages) RE: Petitioning Creditors' Emergency Objection to Global's Notice of Withdrawal 58. THIS TRANSCRIPT WILL BE MADE ELECTRONICALLY AVAILABLE TO THE GENERAL PUBLIC 90 DAYS AFTER THE DATE OF FILING. TRANSCRIPT RELEASE DATE IS 12/21/2026. Until that time the transcript may be viewed at the Clerk's Office or a copy may be obtained from the official court transcriber. Court Reporter/Transcriber Kathy Rehling, kathyrehlingtranscripts@gmail.com, Telephone number 972-786-3063. (RE: related document(s) 75 Hearing held on 9/21/2026. (RE: related document(s)58 PETITIONING CREDITORS EMERGENCY OBJECTION TO GLOBALS NOTICE OF WITHDRAWAL; EMERGENCY REQUEST FOR WITHPREJUDICE DISPOSITION; AND ALTERNATIVE EMERGENCY MOTION TO PRESERVE THE SEPTEMBER 14 EVIDENTIARY HEARING (related documents 11 Motion to dismiss case) Filed by Petitioning Creditors Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (Attachments: # 1 Proposed Order # 2 Alternative Proposed Order # 3 Exhibit Index # 4 Exhibit A # 5 Exhibit B # 6 Exhibit C # 7 Exhibit D # 8 Exhibit E # 9 Exhibit F # 10 Exhibit G # 11 Exhibit H # 12 Exhibit I # 13 Exhibit J # 14 Exhibit K # 15 Exhibit L # 16 Exhibit M) (Tittle, Brandon) Modified TEXT on 9/16/2026 (had).) (Hearing Held: Counsel appeared for Green Sapphire Holdings Inc., Petitioning Creditors lecocqassociate, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, Lazareff Le Bars Legal Advisory Limited (ADGM), and Lazareff Le Bars SARL, and Global Capital Partners, LLC. Order for Relief unopposed. Chapter 11 Order for Relief to be issued for Green Sapphire Holdings Inc. For the reasons stated on the record, Petitioning Creditors Motion to deem withdrawal of Motion to Dismiss with prejudice DENIED; provided however, Court cautions parties to avoid gamesmanship in a race to res judicata. Dkt. No. 61 to be set at later time given entry of order for relief. Dkt. No. 56 set for 10/8/26 at 2:30 PM, with briefing to be complete by 10/5/26.)). Transcript to be made available to the public on 12/21/2026. (Rehling, Kathy) |
| 09/22/2026 | 77 (14 pgs; 2 docs) Adversary case 26-03096. Complaint by Green Sapphire Holdings Inc. against Global Capital Partners LLC. Fee Amount $350 (Attachments: # 1 Adversary Cover Sheet). Nature(s) of suit: 72 (Injunctive relief - other). 91 (Declaratory judgment). (Swick, R.) |

| | |
|---|---|
| 09/28/2026 | 78 (4 pgs; 2 docs) Order for relief with Notice of Deficiency. The chapter designation is corrected from Chapter 7 to Chapter 11. The commencement date of this case and the date of the Petition remain July 21, 2026, for all purposes under the Bankruptcy Code Incomplete Filings due by 10/12/2026. Chapter 11 Plan due by 1/26/2027. Disclosure Statement due by 1/26/2027. Entered on 9/28/2026 (Okafor, M.) Modified text on 9/28/2026 (mdo). |
| 09/29/2026 | 79 (2 pgs) Order granting motion for leave to file first amended involuntary petition (related document # 36) Entered on 9/29/2026. (Ellison, Traci) |
| 09/29/2026 | 81 (3 pgs) Meeting of creditors 341(a) meeting to be held on 10/23/2026 at 09:00 AM by TELEPHONE. Proofs of Claims due by 1/21/2027. Government Proof of Claim due by 1/17/2027. (Kippes, Meredyth) |
| 09/29/2026 | 82 (6 pgs) Joint Notice *of Continued Hearing on Petitioning Creditors' Motion For an Order To Show Causes Scheduled For Monday, October 19, 2026, At 1:30 P.M. (Prevailing Central Time)* filed by Creditor Global Capital Partners, LLC (RE: related document(s)61 Motion for contempt against Global Capital Partners, LLC regarding Violating the Automatic Stay Filed by Petitioning Creditors Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (Attachments: # 1 Proposed Order # 2 Exhibit Index # 3 Exhibit A # 4 Exhibit B # 5 Exhibit C # 6 Exhibit D # 7 Exhibit E)). (Hamilton, Spencer) |
| 09/30/2026 | 83 (3 pgs) BNC certificate of mailing. (RE: related document(s)78 Order for relief with Notice of Deficiency. The chapter designation is corrected from Chapter 7 to Chapter 11. The commencement date of this case and the date of the Petition remain July 21, 2026, for all purposes under the Bankruptcy Code Incomplete Filings due by 10/12/2026. Chapter 11 Plan due by 1/26/2027. Disclosure Statement due by 1/26/2027. Entered on 9/28/2026 (Okafor, M.) Modified text on 9/28/2026 (mdo).) No. of Notices: 10. Notice Date 09/30/2026. (Admin.) |
| 09/30/2026 | 84 (5 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)78 Order for relief with Notice of Deficiency. The chapter designation is corrected from Chapter 7 to Chapter 11. The commencement date of this case and the date of the Petition remain July 21, 2026, for all purposes under the Bankruptcy Code Incomplete Filings due by 10/12/2026. Chapter 11 Plan due by 1/26/2027. Disclosure Statement due by 1/26/2027. Entered on 9/28/2026 (Okafor, M.) Modified text on 9/28/2026 (mdo).) No. of Notices: 12. Notice Date 09/30/2026. (Admin.) |
| 10/01/2026 | 85 (4 pgs) BNC certificate of mailing - PDF document. (RE: related document(s)79 Order granting motion for leave to file first amended involuntary petition (related document 36) Entered on 9/29/2026.) No. of Notices: 2. Notice Date 10/01/2026. (Admin.) |
| 10/02/2026 | 86 (5 pgs) BNC certificate of mailing - meeting of creditors. (RE: related document(s)81 Meeting of creditors 341(a) meeting to be held on 10/23/2026 at 09:00 AM by TELEPHONE. Proofs of Claims due by 1/21/2027. Government Proof of Claim due by 1/17/2027.) No. of Notices: 2. Notice Date 10/02/2026. (Admin.) |
| 10/05/2026 | 87 (85 pgs; 6 docs) Objection to (related document(s): 56 Motion to transfer case to the Northern District of Illinois, Eastern division. filed by Creditor Global Capital Partners, LLC) filed by Debtor Green Sapphire Holdings Inc.. (Attachments: # 1 Exhibit A - Declaration of Paul Wolfe # 2 Exhibit A-1 # 3 Exhibit A-2 # 4 Exhibit A-3 # 5 Exhibit B) (Swick, R.) |
| 10/05/2026 | 88 (8 pgs) Objection to (related document(s): 56 Motion to transfer case to the Northern District of Illinois, Eastern division. filed by Creditor Global Capital Partners, LLC) filed by Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate. (Tittle, Brandon) |
| 10/06/2026 | 89 (6 pgs) Amended Notice of hearing filed by Creditor Global Capital Partners, LLC (RE: related document(s)56 Motion to transfer case to the Northern District of Illinois, Eastern division. Filed by Creditor Global Capital Partners, LLC (Attachments: # 1 Exhibit 1 - Voluntary Petition for Non- |

| | |
|---|---|
| | Individuals Filing for Bankruptcy, May 14, 2025, In re Green Sapphire I # 2 Exhibit 2 - Order Granting Motion to Dismiss and Refiling Bar, July 17, 2026, In re Green Sapphire I # 3 Exhibit 3 - Show Cause Order Granting Motion to Reopen, September 2, 2026, In re Green Sapphire I # 4 Exhibit 4 - Published Post-Trial Opinion, March 13, 2026 # 5 Exhibit 5 - Motion by Plaintiffs Alpha Carta, Ltd for leave to file Fourth Amended Complaint (Wolfe, et al. v. Looper, et al., N.D. Ill. Case 1:24-cv-01538) # 6 Exhibit 6 - Green Sapphire Holdings, Inc., Entity Registration September 6, 2026 (Illinois Secretary of State website and the Texas Secretary of State website) # 7 Exhibit 7 - Debtors Statement of Financial Affairs, June 24, 2025 # 8 Exhibit 8 - Transcript of the deposition of Timothy Yuskus, August 8, 2025 # 9 Exhibit 9 - 60 Degrees Group, LLC Entity Registration September 6, 2026 (Illinois Secretary of State website) # 10 Exhibit 10 - Thane Ritchie Capital Management, 2024 (Ritchie Dep. Ex. 10) # 11 Exhibit 11 - Order and Final Judgment, April 14, 2026 # 12 Exhibit 12 - Motion for Entry of a Rule to Show Cause, to Enjoin and Void Delaware Final Order and Shorten Notice, April 17, 2026 # 13 Exhibit 13 - Hearing Transcript, June 16, 2026 # 14 Exhibit 14 - Order Denying the Motion, June 22, 2026 # 15 Exhibit 15 - Memorandum Addressing Contempt, June 23, 2026, Court of Chancery Case # 16 Exhibit 16 - Adversary Complaint dated May 29, 2026, In re Green Sapphire I # 17 Exhibit 17 - Order Denying Application to Employ, October 14, 2025, In re Green Sapphire I, Dkt 88. [No Document Minute Entry] # 18 Exhibit 18 - Monthly Operating Report May 2026 filed June 21, 2026 # 19 Exhibit 19 - Schedule A/B: Assets -Real and Personal Property dated October 30, 2025 Green Sapphire I # 20 Exhibit 20 - Order Setting Hearing, July 20, 2026, Court of Chancery Case # 21 Exhibit 21 - Transcript of Proceedings at Status Conference, August 18, 2026 # 22 Exhibit 22 - Transcript of First Meeting of Creditors, June 25, 2025, In re Green Sapphire I # 23 Proposed Order Motion to Transfer)). Hearing to be held on 10/19/2026 at 01:30 PM at https://us-courts.webex.com/meet/larson for 56, (Hamilton, Spencer) |
| 10/06/2026 | 90 (6 pgs) Amended Notice of hearing/*Second* filed by Creditor Global Capital Partners, LLC (RE: related document(s)56 Motion to transfer case to the Northern District of Illinois, Eastern division. Filed by Creditor Global Capital Partners, LLC (Attachments: # 1 Exhibit 1 - Voluntary Petition for Non-Individuals Filing for Bankruptcy, May 14, 2025, In re Green Sapphire I # 2 Exhibit 2 - Order Granting Motion to Dismiss and Refiling Bar, July 17, 2026, In re Green Sapphire I # 3 Exhibit 3 - Show Cause Order Granting Motion to Reopen, September 2, 2026, In re Green Sapphire I # 4 Exhibit 4 - Published Post-Trial Opinion, March 13, 2026 # 5 Exhibit 5 - Motion by Plaintiffs Alpha Carta, Ltd for leave to file Fourth Amended Complaint (Wolfe, et al. v. Looper, et al., N.D. Ill. Case 1:24-cv-01538) # 6 Exhibit 6 - Green Sapphire Holdings, Inc., Entity Registration September 6, 2026 (Illinois Secretary of State website and the Texas Secretary of State website) # 7 Exhibit 7 - Debtors Statement of Financial Affairs, June 24, 2025 # 8 Exhibit 8 - Transcript of the deposition of Timothy Yuskus, August 8, 2025 # 9 Exhibit 9 - 60 Degrees Group, LLC Entity Registration September 6, 2026 (Illinois Secretary of State website) # 10 Exhibit 10 - Thane Ritchie Capital Management, 2024 (Ritchie Dep. Ex. 10) # 11 Exhibit 11 - Order and Final Judgment, April 14, 2026 # 12 Exhibit 12 - Motion for Entry of a Rule to Show Cause, to Enjoin and Void Delaware Final Order and Shorten Notice, April 17, 2026 # 13 Exhibit 13 - Hearing Transcript, June 16, 2026 # 14 Exhibit 14 - Order Denying the Motion, June 22, 2026 # 15 Exhibit 15 - Memorandum Addressing Contempt, June 23, 2026, Court of Chancery Case # 16 Exhibit 16 - Adversary Complaint dated May 29, 2026, In re Green Sapphire I # 17 Exhibit 17 - Order Denying Application to Employ, October 14, 2025, In re Green Sapphire I, Dkt 88. [No Document Minute Entry] # 18 Exhibit 18 - Monthly Operating Report May 2026 filed June 21, 2026 # 19 Exhibit 19 - Schedule A/B: Assets -Real and Personal Property dated October 30, 2025 Green Sapphire I # 20 Exhibit 20 - Order Setting Hearing, July 20, 2026, Court of Chancery Case # 21 Exhibit 21 - Transcript of Proceedings at Status Conference, August 18, 2026 # 22 Exhibit 22 - Transcript of First Meeting of Creditors, June 25, 2025, In re Green Sapphire I # 23 Proposed Order Motion to Transfer)). Hearing to be held on 10/19/2026 at 01:30 PM at https://us-courts.webex.com/meet/larson for 56, (Hamilton, Spencer) |
| 10/09/2026 | 91 (152 pgs) Objection to (related document(s): 61 Motion for contempt against Global Capital Partners, LLC regarding Violating the Automatic Stay filed by Creditor lecocqassociate, Creditor Legamaro Banipal LLP, Creditor Charles-Hubert Vanoverberghe, Creditor Lazareff Le Bars Legal Advisory Limited (ADGM), Creditor Lazareff Le Bars SARL) filed by Creditor Global Capital Partners, LLC. (Hamilton, Spencer) |
| 10/12/2026 | 92 (8 pgs; 2 docs) Motion to withdraw as attorney (Involuntary and Joining Petitioners) Filed by Attorney Tittle Tittle Santiago, PLLC (Attachments: # 1 Proposed Order) (Tittle, Brandon) |

| | |
|---|---|
| 10/12/2026 | 93 (8 pgs; 2 docs) Motion for expedited hearing(related documents 92 Motion to withdraw as attorney) Filed by Attorney Tittle Tittle Santiago, PLLC (Attachments: # 1 Proposed Order) (Tittle, Brandon) |
| 10/14/2026 | 94 (4 pgs) Chapter 11 or Chapter 9 Cases Non- Individual List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders . Filed by Debtor Green Sapphire Holdings Inc.. (Swick, R.) |
| 10/14/2026 | 95 (18 pgs) Schedules: Schedules A-B and D-H with Summary of Assets and Liabilities (with Declaration Under Penalty of Perjury for Non-Individual Debtors,). Filed by Debtor Green Sapphire Holdings Inc.. (Swick, R.) |
| 10/14/2026 | 96 (11 pgs) Statement of financial affairs for a non-individual . Filed by Debtor Green Sapphire Holdings Inc.. (Swick, R.) |
| 10/14/2026 | 97 (1 pg) Disclosure of compensation of attorney for debtor . Filed by Debtor Green Sapphire Holdings Inc.. (Swick, R.) |
| 10/14/2026 | 98 (1 pg) List of equity security holders filed by Debtor Green Sapphire Holdings Inc.. (Swick, R.) |
| 10/14/2026 | 99 (1 pg) Statement of Corporate Ownership filed. Corporate Affiliates added to case:, Petro Carta Trust filed by Debtor Green Sapphire Holdings Inc.. (Swick, R.) |
| 10/14/2026 | 100 (5 pgs) Creditor matrix . Filed by Debtor Green Sapphire Holdings Inc.. (Swick, R.) |
| 10/14/2026 | 101 (1 pg) Certificate of Conference filed by Attorney Tittle Tittle Santiago, PLLC (RE: related document(s)92 Motion to withdraw as attorney (Involuntary and Joining Petitioners), 93 Motion for expedited hearing(related documents 92 Motion to withdraw as attorney) ). (Santiago, Manolo) |
| 10/14/2026 | NOTICE OF APPROVAL OF MOTION FOR EXPEDITED HEARING. The motion for expedited hearing has been GRANTED by the court. Counsel for movant shall promptly file and serve a notice of hearing in ECF. (RE: related document(s)93 Motion for expedited hearing(related documents 92 Motion to withdraw as attorney) Filed by Attorney Tittle Tittle Santiago, PLLC (Attachments: # 1 Proposed Order)) (Harden, D.) |
| 10/14/2026 | 102 (13 pgs) Reply to (related document(s): 88 Objection filed by Creditor lecocqassociate, Creditor Legamaro Banipal LLP, Creditor Charles-Hubert Vanoverberghe, Creditor Lazareff Le Bars Legal Advisory Limited (ADGM), Creditor Lazareff Le Bars SARL) *In Support of Global Capital Partners, LLC's Motion To Transfer Venue (ECF No. 56)* filed by Creditor Global Capital Partners, LLC. (Hamilton, Spencer) |
| 10/14/2026 | 103 (2 pgs) Notice of hearing filed by Attorney Tittle Tittle Santiago, PLLC (RE: related document(s)92 Motion to withdraw as attorney (Involuntary and Joining Petitioners) Filed by Attorney Tittle Tittle Santiago, PLLC (Attachments: # 1 Proposed Order)). Hearing to be held on 10/19/2026 at 01:30 PM Dallas Judge Larson Ctrm for 92, (Santiago, Manolo) |
| 10/16/2026 | 104 (5 pgs) WITHDRAWN per 109: Notice of Appearance and Request for Notice *as Proposed Co-Counsel for the Debtor* by Christian Savio filed by Debtor Green Sapphire Holdings Inc.. (Savio, Christian)Modified on 10/19/2026 (Sikes, Julia). |
| 10/16/2026 | 105 (96 pgs; 6 docs) Witness and Exhibit List filed by Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (RE: related document(s)56 Motion to transfer case to the Northern District of Illinois, Eastern division. , 61 Motion for contempt against Global Capital Partners, LLC regarding Violating the Automatic Stay). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) (Tittle, Brandon) |

| | |
|---|---|
| 10/16/2026 | 106 (16 pgs) WITHDRAWN per 108: Motion for joint administration of cases 26-34767, 26-34770, 26-34771, 26-34772 *Terra Carta Partners LLC, High Ridge Development LLC, High Ridge Development III LLC, High Ridge Development II LLC* Filed by Debtor Green Sapphire Holdings Inc. (Savio, Christian)Modified on 10/19/2026 (Sikes, Julia). |
| 10/16/2026 | 107 (479 pgs; 26 docs) Witness and Exhibit List *for Hearing on October 19, 2026* filed by Debtor Green Sapphire Holdings Inc. (RE: related document(s)56 Motion to transfer case to the Northern District of Illinois, Eastern division. , 61 Motion for contempt against Global Capital Partners, LLC regarding Violating the Automatic Stay). (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11 # 12 Exhibit 12 # 13 Exhibit 13 # 14 Exhibit 14 # 15 Exhibit 15 # 16 Exhibit 16 # 17 Exhibit 17 # 18 Exhibit 18 # 19 Exhibit 19 # 20 Exhibit 20 # 21 Exhibit 21 # 22 Exhibit 22 # 23 Exhibit 23 # 24 Exhibit 24 # 25 Exhibit 25) (Swick, R.) |
| 10/16/2026 | 108 (5 pgs) Withdrawal *Motion for Joint Administration* filed by Debtor Green Sapphire Holdings Inc. (RE: related document(s)106 Motion for joint administration of cases 26-34767, 26-34770, 26-34771, 26-34772 *Terra Carta Partners LLC, High Ridge Development LLC, High Ridge Development III LLC, High Ridge Development II LLC*). (Savio, Christian) |
| 10/16/2026 | 109 (5 pgs) Withdrawal *of Notice of appearance and request for notice* filed by Debtor Green Sapphire Holdings Inc. (RE: related document(s)104 Notice of appearance and request for notice). (Savio, Christian) |
| 10/16/2026 | 110 (9 pgs) Joinder by *Green Sapphire Holdings, Inc.* filed by Debtor Green Sapphire Holdings Inc. (RE: related document(s)61 Motion for contempt against Global Capital Partners, LLC regarding Violating the Automatic Stay). (King, Jacob) |
| 10/16/2026 | 111 (96 pgs; 6 docs) Amended Witness and Exhibit List filed by Lazareff Le Bars Legal Advisory Limited (ADGM), Lazareff Le Bars SARL, Legamaro Banipal LLP, Charles-Hubert Vanoverberghe, lecocqassociate (RE: related document(s)105 List (witness/exhibit/generic)). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) (Tittle, Brandon) |
| 10/17/2026 | 112 (1119 pgs; 27 docs) Witness and Exhibit List *For Hearing on October 19, 2026* filed by Creditor Global Capital Partners, LLC (RE: related document(s)56 Motion to transfer case to the Northern District of Illinois, Eastern division. , 61 Motion for contempt against Global Capital Partners, LLC regarding Violating the Automatic Stay). (Attachments: # 1 Exhibit 1 - Voluntary Petition for Non-Individuals (GS-I) # 2 Exhibit 2 - Order Granting Motion to Dismiss and Refiling Bar (GS-I) # 3 Exhibit 3 - Show Cause Order Granting Motion to Reopen (GS-I) # 4 Exhibit 4 - Delaware Court of Chancery's March 13, 2026, Post-Trial Opinion # 5 Exhibit 5 - Motion by Plaintiffs for Leave to File Fourth Amended Complaint # 6 Exhibit 6 - Printout of pages from the Illinois and Texas Secretary of State Website # 7 Exhibit 7 - Debtors Statement of Financial Affairs June 24, 2025 (GS-I) # 8 Exhibit 8 - Transcript of the deposition of Timothy Yuskus August 8, 2025 # 9 Exhibit 9 - Printout of pages from the Illinois Secretary of State Website # 10 Exhibit 11 - Order and Final Judgment, April 14, 2026, Court of Chancery # 11 Exhibit 12 - Motion for Entry of a Rule to Show Cause, to Enjoin and Void Delaware Final Order and Shorten Notice, April 17, 2026 # 12 Exhibit 13 - Hearing Transcript, June 16, 2026 (GS-I) # 13 Exhibit 14 - Order Denying the Motion for Entry of a Rule to Show Cause, June 22, 2026 (GS-I) # 14 Exhibit 15 - Memorandum Addressing Contempt June 23, 2026, Court of Chancery # 15 Exhibit 16 - Adversary Complaint, May 29, 2026 (GS-I) # 16 Exhibit 17 - Order Denying Application to Employ, October 14, 2025 (GS-I) # 17 Exhibit 18 - Monthly Operating Report June 21, 2026 (GS-I) # 18 Exhibit 19 - Schedule AB Assets - Real and Personal Property, October 30, 2025 (GS-I) # 19 Exhibit 20 - Order Setting Hearing, July 20, 2026, Court of Chancery # 20 Exhibit 21 - Transcript of Proceedings at Status Conference August 18, 2026 # 21 Exhibit 22 - Transcript of First Meeting of Creditors June 25, 2025 (GS-I) # 22 Exhibit 23 - Transcript of Proceedings, September 21, 2026 # 23 Exhibit 24 - Notice of Motion for an Order Reopening Case to Enforce Order Barring Filing (GS-I) # 24 Exhibit 25 - Transcript of Proceedings, September 1, 2026 (GS-I) # 25 Exhibit 26 - Show Cause Order Granting Motion to Reopen September 2, 2026 (GS-I) # 26 Exhibit 27 - Transcript of Proceedings, September 28, 2026 (GS-I)) (Hamilton, Spencer) |

| | |
|---|---|
| 10/19/2026 | 113 (216 pgs; 5 docs) Amended Exhibit List *Supplemental Exhibit List for October 19 2026 Hearing* filed by Debtor Green Sapphire Holdings Inc. (RE: related document(s)107 List (witness/exhibit/generic)). (Attachments: # 1 Exhibit 26 # 2 Exhibit 27 # 3 Exhibit 28 # 4 Exhibit 29) (Swick, R.) |
| 10/19/2026 | 114 (4 pgs) Motion to appear pro hac vice for Jerry L. Hall. Fee Amount $100 Filed by Debtor Green Sapphire Holdings Inc. (King, Jacob) |
| 10/19/2026 | Receipt of filing fee for Motion to Appear pro hac vice( 26-33254-mvl11) [motion,mprohac] ( 100.00). Receipt number A34301816, amount $ 100.00 (re: Doc# 114). (U.S. Treasury) |
| 10/19/2026 | 115 (1 pg) Request for Transcript regarding a hearing held on 10/19/2026. The requested turn-around time is daily. filed by Debtor Green Sapphire Holdings Inc.. (King, Jacob) |
| 10/19/2026 | 116 (6 pgs) Creditor matrix . Filed by Debtor Green Sapphire Holdings Inc.. (King, Jacob) |
| 10/19/2026 | 122 Hearing held on 10/19/2026. (RE: related document(s)56 Motion to transfer case to the Northern District of Illinois, Eastern division. Filed by Creditor Global Capital Partners, LLC (Attachments: # 1 Exhibit 1 - Voluntary Petition for Non-Individuals Filing for Bankruptcy, May 14, 2025, In re Green Sapphire I # 2 Exhibit 2 - Order Granting Motion to Dismiss and Refiling Bar, July 17, 2026, In re Green Sapphire I # 3 Exhibit 3 - Show Cause Order Granting Motion to Reopen, September 2, 2026, In re Green Sapphire I # 4 Exhibit 4 - Published Post-Trial Opinion, March 13, 2026 # 5 Exhibit 5 - Motion by Plaintiffs Alpha Carta, Ltd for leave to file Fourth Amended Complaint (Wolfe, et al. v. Looper, et al., N.D. Ill. Case 1:24-cv-01538) # 6 Exhibit 6 - Green Sapphire Holdings, Inc., Entity Registration September 6, 2026 (Illinois Secretary of State website and the Texas Secretary of State website) # 7 Exhibit 7 - Debtors Statement of Financial Affairs, June 24, 2025 # 8 Exhibit 8 - Transcript of the deposition of Timothy Yuskus, August 8, 2025 # 9 Exhibit 9 - 60 Degrees Group, LLC Entity Registration September 6, 2026 (Illinois Secretary of State website) # 10 Exhibit 10 - Thane Ritchie Capital Management, 2024 (Ritchie Dep. Ex. 10) # 11 Exhibit 11 - Order and Final Judgment, April 14, 2026 # 12 Exhibit 12 - Motion for Entry of a Rule to Show Cause, to Enjoin and Void Delaware Final Order and Shorten Notice, April 17, 2026 # 13 Exhibit 13 - Hearing Transcript, June 16, 2026 # 14 Exhibit 14 - Order Denying the Motion, June 22, 2026 # 15 Exhibit 15 - Memorandum Addressing Contempt, June 23, 2026, Court of Chancery Case # 16 Exhibit 16 - Adversary Complaint dated May 29, 2026, In re Green Sapphire I # 17 Exhibit 17 - Order Denying Application to Employ, October 14, 2025, In re Green Sapphire I, Dkt 88. [No Document Minute Entry] # 18 Exhibit 18 - Monthly Operating Report May 2026 filed June 21, 2026 # 19 Exhibit 19 - Schedule A/B: Assets -Real and Personal Property dated October 30, 2025 Green Sapphire I # 20 Exhibit 20 - Order Setting Hearing, July 20, 2026, Court of Chancery Case # 21 Exhibit 21 - Transcript of Proceedings at Status Conference, August 18, 2026 # 22 Exhibit 22 - Transcript of First Meeting of Creditors, June 25, 2025, In re Green Sapphire I # 23 Proposed Order Motion to Transfer))(Hearing Held: Counsel appeared for the Debtor, Global Capital Partners, LLC, and the Petitioning Creditors. P. Wolfe testified for the Debtor. Matter continued to a date to be determined. Post-hearing briefing on waiver of venue objection shall be filed no later than 10/29/26 (simultaneous briefing). Motion to withdraw as attorney to Petitioning Creditors (Dkt. No. 92) reset to 10/26/26 at 1:30 PM.) (Robinson, Bryon) (Entered: 10/21/2026) |
| 10/19/2026 | 123 Hearing NOT held on 10/19/2026., Hearing reset (RE: related document(s)92 Motion to withdraw as attorney (Involuntary and Joining Petitioners) Filed by Attorney Tittle Tittle Santiago, PLLC (Attachments: # 1 Proposed Order)) Hearing to be held on 10/26/2026 at 01:30 PM at https://us-courts.webex.com/meet/larson for 92, (Hearing Held: Counsel appeared for the Debtor, Global Capital Partners, LLC, and the Petitioning Creditors. P. Wolfe testified for the Debtor. Matter continued to a date to be determined. Post-hearing briefing on waiver of venue objection shall be filed no later than 10/29/26 (simultaneous briefing). Motion to withdraw as attorney to Petitioning Creditors (Dkt. No. 92) reset to 10/26/26 at 1:30 PM.) (Robinson, Bryon) (Entered: 10/21/2026) |
| 10/20/2026 | 118 (1 pg) Request for Transcript regarding a hearing held on 10/19/2026. The requested turn-around time is hourly. filed by Creditor Global Capital Partners, LLC. (McCullough, Kevin) |

| | |
|---|---|
| 10/20/2026 | 119 (6 pgs) Creditor matrix amended to change address . Filed by Debtor Green Sapphire Holdings Inc.. (King, Jacob) |
| 10/20/2026 | 120 (7 pgs) Certificate of service re: Official Form 309F1 Notice of Chapter 11 Bankruptcy Case filed by Debtor Green Sapphire Holdings Inc. (RE: related document(s)81 Meeting of creditors Chapter 11). (King, Jacob) |
| 10/20/2026 | 121 (1 pg) Order granting motion to appear pro hac vice adding Jerry L. Hall for Green Sapphire Holdings Inc. (related document # 114) Entered on 10/20/2026. (Okafor, M.) |

---

## PACER Service Center

### Transaction Receipt

| 10/21/2026 14:51:33 | | | |
|---|---|---|---|
| **PACER Login:** | csavio03 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 26-33254-mvl11 Fil or Ent: filed From: 10/7/2023 To: 10/21/2026 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 22 | **Cost:** | 2.20 |

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Texas (State)

Case number (*If known*): ______________________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Terra Carta Partners LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | None |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 84-4609089 |
| 4. | **Debtor's address** | **Principal place of business**<br>3500 Oak Lawn Avenue, Suite 460<br>Number Street<br>______<br>Dallas TX 75219<br>City State ZIP Code<br>Dallas<br>County<br><br>**Mailing address, if different from principal place of business**<br>______<br>Number Street<br>______<br>P.O. Box<br>______<br>City State ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>______<br>Number Street<br>______<br>______<br>City State ZIP Code |
| 5. | **Debtor's website** (URL) | |

Debtor Terra Carta Partners LLC
Name
Case number (*if known*)

| | |
|---|---|
| **6. Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: ____ |
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. § 501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>5 5 1 1 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11. *Check **all** that apply*:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes. District ____ When ____ (MM / DD / YYYY) Case number ____<br>District ____ When ____ (MM / DD / YYYY) Case number ____ |

Debtor Terra Carta Partners LLC Case number (*if known*) ______________________
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes. Debtor Green Sapphire Holdings, Inc. Relationship Parent (sole member)

District Northern District of Texas, Dallas Division When 07/21/2026
MM / DD / YYYY

Case number, if known 26-33254-mvl11 (Larson, J.)

*Other affiliates filed the same day: see attached list.*

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______________________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______________________

**Where is the property?** ______________________
Number Street

______________________

______________________ ______ ______
City State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______________________

Contact name ______________________

Phone ______________________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

Debtor Terra Carta Partners LLC Case number (*if known*)
Name

**15. Estimated assets**

- ❑ $0-$50,000
- ❑ $50,001-$100,000
- ❑ $100,001-$500,000
- ❑ $500,001-$1 million
- ❑ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ❑ $50,000,001-$100 million
- ❑ $100,000,001-$500 million
- ❑ $500,000,001-$1 billion
- ❑ $1,000,000,001-$10 billion
- ❑ $10,000,000,001-$50 billion
- ❑ More than $50 billion

**16. Estimated liabilities**

- ❑ $0-$50,000
- ❑ $50,001-$100,000
- ❑ $100,001-$500,000
- ❑ $500,001-$1 million
- ❑ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ❑ $50,000,001-$100 million
- ❑ $100,000,001-$500 million
- ❑ $500,000,001-$1 billion
- ❑ $1,000,000,001-$10 billion
- ❑ $10,000,000,001-$50 billion
- ❑ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/15/2026
MM / DD / YYYY

✘ Paul Wolfe
Paul Wolfe (Oct 15, 2026 19:31:43 CDT)
Signature of authorized representative of debtor

Paul Wolfe
Printed name

Title Manager of TCP MGR LLC, the Manager of the Debtor

**18. Signature of attorney**

✘ /s/ David William Parham
Signature of attorney for debtor

Date 10/15/2026
MM / DD / YYYY

David William Parham (see attached list for co-counsel)
Printed name

Akerman LLP
Firm name

2001 Ross Avenue, Suite 3600
Number Street

Dallas — City
TX — State
75201 — ZIP Code

(214) 720-4300
Contact phone

david.parham@akerman.com
Email address

15459500
Bar number

TX
State

Debtor Terra Carta Partners LLC Case number (if known) ____________________

## Attachment to Official Form 201, Voluntary Petition for Non-Individuals Filing for Bankruptcy

### Question 10. Bankruptcy cases pending or being filed by an affiliate of the debtor

| Debtor | Relationship | When | Case number |
|---|---|---|---|
| Green Sapphire Holdings, Inc. | Green Sapphire Holdings, Inc. is the Debtor's sole member. | 07/21/2026 | 26-33254-mvl11 (Larson, J.) |
| High Ridge Development LLC | Affiliate (11 U.S.C. § 101(2)); filed the same day. | 10/15/2026 | Pending |
| High Ridge Development II LLC | Affiliate (11 U.S.C. § 101(2)); filed the same day. | 10/15/2026 | Pending |
| High Ridge Development III LLC | Affiliate (11 U.S.C. § 101(2)); filed the same day. | 10/15/2026 | Pending |

Each case is filed in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division.

### Question 18. Additional attorney for the debtor (co-lead counsel)

/s/ Christian Savio
Christian Savio, Esq.
Law Offices of Manganelli, Leider & Savio, P.A.
1900 N.W. Corporate Blvd., Ste. 200W
Boca Raton, FL 33431
Telephone: (561) 826-1740 Facsimile: (561) 826-1741
Email: CSavio@mls-pa.com
Florida Bar No. 84649
Date: 10/15/2026

## PETITION PACKAGE: TERRA CARTA PARTNERS LLC

Chapter 11, United States Bankruptcy Court for the Northern District of Texas, Dallas Division, joint administration requested with In re Green Sapphire Holdings, Inc., Case No. 26-33254-mvl11

**WRITTEN CONSENT (AUTHORIZATION FOR OFFICIAL FORM 201)**

### WRITTEN CONSENT OF THE MANAGER OF TERRA CARTA PARTNERS LLC

The undersigned, TCP MGR LLC, being the Manager of TERRA CARTA PARTNERS LLC, a Delaware limited liability company formed October 28, 2019 (Delaware file no. 7675339) (the "Company"), acting by its Manager, Paul Wolfe, by written consent without a meeting under the Company's limited liability company agreement and applicable law, adopts the following resolutions effective October 15, 2026:

WHEREAS, the Company is a wholly owned subsidiary of Green Sapphire Holdings, Inc. (the "Parent"), the debtor in Case No. 26-33254-mvl11 pending in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Bankruptcy Court"); the Company is managed from Dallas County, Texas through TCP MGR LLC; the Company is the sole member of High Ridge Development III LLC; the Company is the defendant in Cause No. 26-3106-C425, OP III ATX Highridge, LP v. Terra Carta Partners LLC, pending in the 425th Judicial District Court of Williamson County, Texas; and on February 23, 2023 the Company paid $480,000 to Endeavor Real Estate Group, LLC, which the Company seeks to recover;

WHEREAS, the undersigned has determined that it is in the best interests of the Company, its creditors and other parties in interest that the Company file a voluntary petition under chapter 11 of title 11 of the United States Code in the Bankruptcy Court and seek joint administration of its case with the Parent's case;

NOW, THEREFORE, BE IT RESOLVED, that the Company is authorized to file a voluntary petition for relief under chapter 11 in the Bankruptcy Court, Dallas Division, on or about October 15, 2026;

RESOLVED, that Paul Wolfe, as Manager of TCP MGR LLC (the "Authorized Person"), is authorized and directed to execute and file on behalf of the Company the petition, the corporate ownership statement, the list of the twenty largest unsecured claims, the creditor matrix, the motion for joint administration, and all schedules, statements, lists, motions, applications and other papers, and to take all actions, that the Authorized Person deems necessary or appropriate in connection with the chapter 11 case;

RESOLVED, that the Company is authorized to retain Akerman LLP and the Law Offices of Manganelli, Leider & Savio, P.A. as co-lead counsel, and such other professionals as the Authorized Person deems appropriate, subject to the approval of the Bankruptcy Court;

RESOLVED, that the Company is authorized to commence, as plaintiff and debtor in possession, an adversary proceeding in the Bankruptcy Court against Endeavor Real Estate Group, LLC to recover the $480,000 paid on February 23, 2023, and to remove to federal court, and seek the transfer to the Bankruptcy Court of, Cause No. 26-3106-C425, OP III ATX Highridge, LP v. Terra Carta Partners LLC;

RESOLVED, that all acts taken by the Authorized Person before the date of this consent in connection with the matters above are ratified and confirmed.

This consent may be executed in counterparts and by electronic signature.

TCP MGR LLC, Manager

By: Paul Wolfe
Paul Wolfe (Oct 15, 2026 19:31:43 CDT)
Name: Paul Wolfe
Title: Manager of TCP MGR LLC
Date: October 15, 2026

**WRITTEN CONSENT OF THE SOLE MEMBER OF TERRA CARTA PARTNERS LLC**

Green Sapphire Holdings, Inc., as the sole member of Terra Carta Partners LLC (the "Company") and as debtor in possession in Case No. 26-33254-mvl11, acting by its Director, Garrett Vail, by written consent without a meeting, effective October 15, 2026, authorizes Paul Wolfe, in his capacity as Manager of TCP MGR LLC, the Manager of the Company, to cause the Company to file a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, and joins in, consents to and approves each of the foregoing resolutions.

GREEN SAPPHIRE HOLDINGS, INC., Sole Member

By: Garrett Vail
Name: Garrett Vail
Title: Director
Date: October 15, 2026

**CORPORATE OWNERSHIP STATEMENT**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TERRA CARTA PARTNERS LLC, | § | Case No. 26-_____ |
| | § | |
| Debtor. | § | (Joint Administration with Case No. 26-33254-mvl11 Requested) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Terra Carta Partners LLC (the "Debtor") states as follows.

1. The following entities directly or indirectly own 10% or more of any class of the Debtor's equity interests: Green Sapphire Holdings, Inc. (100%, direct).

2. Green Sapphire Holdings, Inc., the debtor in Case No. 26-33254-mvl11, directly owns 100% of the membership interests in the Debtor and is its sole member. TCP MGR LLC is the Debtor's Manager and holds no equity.

3. No other corporation or entity owns 10% or more of any class of the Debtor's equity interests.

DECLARATION. I, Paul Wolfe, Manager of TCP MGR LLC, the Manager of the Debtor, declare under penalty of perjury that I have read this Corporate Ownership Statement and that it is true and correct to the best of my knowledge, information and belief. Executed on October 15, 2026, at Dallas, Texas.

Paul Wolfe
Paul Wolfe (Oct 15, 2026 19:31:43 CDT)

Paul Wolfe, Manager of TCP MGR LLC, the Manager of the Debtor

Respectfully submitted,
AKERMAN LLP
By: /s/ David William Parham
David William Parham (Texas Bar No. 15459500)
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Email: david.parham@akerman.com

-and-

LAW OFFICES OF MANGANELLI, LEIDER & SAVIO, P.A.
By: /s/ Christian Savio
Christian Savio, Esq. (Florida Bar No. 84649)
1900 N.W. Corporate Blvd., Ste. 200W
Boca Raton, FL 33431
Telephone: (561) 826-1740
Facsimile: (561) 826-1741
Email: CSavio@mls-pa.com

Proposed Counsel for the Debtor and Debtor in Possession

**OFFICIAL FORM 204 AND OFFICIAL FORM 202 DECLARATION**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TERRA CARTA PARTNERS LLC, | § | Case No. 26-_____ |
| | § | |
| Debtor. | § | (Joint Administration with Case No. 26-33254-mvl11 Requested) |

**LIST OF CREDITORS WHO HAVE THE 20 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS (Official Form 204)**

| Name of creditor and complete mailing address, including ZIP code | Name, telephone number and email address of creditor contact | Nature of the claim | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim |
|---|---|---|---|---|
| Endeavor Real Estate Group, LLC, 500 W. 5th Street, Suite 700, Austin, TX 78701 | Ben Bufkin and Jeff Newberg, (512) 682-5500, bbufkin@endeavor-re.com | Any claim under the January 24, 2022 Development Agreement and related agreements. | Contingent, unliquidated, disputed | Unliquidated |
| OP III ATX Highridge, LP, c/o Endeavor Real Estate Group, LLC, 500 W. 5th Street, Suite 700, Austin, TX 78701 | Ben Bufkin and Jeff Newberg, (512) 682-5500, bbufkin@endeavor-re.com | Claims asserted in OP III ATX Highridge, LP v. Terra Carta Partners LLC, Cause No. 26-3106-C425, 425th Judicial District Court, Williamson County, Texas, and any claim under the November 3, 2023 Earnest Money Contract and its First Amendment. | Contingent, unliquidated, disputed | Unliquidated |
| Cerco Development, Inc., c/o Endeavor Real Estate Group, LLC, 500 W. 5th Street, Suite 700, Austin, TX 78701 | Ben Bufkin and Jeff Newberg, (512) 682-5500, bbufkin@endeavor-re.com | Any claim under the January 24, 2022 Development Agreement. | Contingent, unliquidated, disputed | Unliquidated |
| EOP III Sub GP, LLC, c/o Endeavor Real Estate Group, LLC, 500 W. 5th Street, Suite 700, Austin, TX 78701 | Ben Bufkin and Jeff Newberg, (512) 682-5500, bbufkin@endeavor-re.com | Any claim as general partner of OP III ATX Highridge, LP under the First Amendment to the Earnest Money Contract. | Contingent, unliquidated, disputed | Unliquidated |
| Citrin Cooperman, 123 N. Wacker Drive, Suite 1400, Chicago, IL 60606 | None known | Accounting services to Terra Carta Partners LLC. | Unliquidated | Unknown |

**DECLARATION UNDER PENALTY OF PERJURY FOR NON-INDIVIDUAL DEBTORS (Official Form 202)**

I, Paul Wolfe, Manager of TCP MGR LLC, the Manager of the Debtor, declare under penalty of perjury that I have examined the information in the foregoing List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204) and the Creditor Matrix, and that I have a reasonable belief that the information is true and correct.

Executed on October 15, 2026.

Paul Wolfe
Paul Wolfe (Oct 15, 2026 19:31:43 CDT)

Paul Wolfe, Manager of TCP MGR LLC, the Manager of the Debtor

Respectfully submitted,
AKERMAN LLP
By: /s/ David William Parham
David William Parham (Texas Bar No. 15459500)
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Email: david.parham@akerman.com

-and-

LAW OFFICES OF MANGANELLI, LEIDER & SAVIO, P.A.
By: /s/ Christian Savio
Christian Savio, Esq. (Florida Bar No. 84649)
1900 N.W. Corporate Blvd., Ste. 200W
Boca Raton, FL 33431
Telephone: (561) 826-1740
Facsimile: (561) 826-1741
Email: CSavio@mls-pa.com

Proposed Counsel for the Debtor and Debtor in Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TERRA CARTA PARTNERS LLC, | § | Case No. 26-_____ |
| | § | |
| Debtor. | § | (Joint Administration with Case No. 26-33254-mvl11 Requested) |

**VERIFICATION OF CREDITOR MATRIX**

I, Paul Wolfe, Manager of TCP MGR LLC, the Manager of the Debtor, declare under penalty of perjury that the attached list of creditors, consisting of 11 entries, is true and correct to the best of my knowledge, information and belief, and is submitted under 11 U.S.C. section 521(a)(1)(A), Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 1007-1. Executed on October 15, 2026, at Dallas, Texas.

Paul Wolfe
Paul Wolfe (Oct 15, 2026 19:31:43 CDT)
______________________________
Paul Wolfe, Manager of TCP MGR LLC, the Manager of the Debtor

Respectfully submitted,
AKERMAN LLP
By: /s/ David William Parham
David William Parham (Texas Bar No. 15459500)
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Email: david.parham@akerman.com

-and-

LAW OFFICES OF MANGANELLI, LEIDER & SAVIO, P.A.
By: /s/ Christian Savio
Christian Savio, Esq. (Florida Bar No. 84649)
1900 N.W. Corporate Blvd., Ste. 200W

Boca Raton, FL 33431
Telephone: (561) 826-1740
Facsimile: (561) 826-1741
Email: CSavio@mls-pa.com

Proposed Counsel for the Debtor and Debtor in Possession

TCP MGR LLC
Attn: Paul Wolfe, Manager
3500 Oak Lawn Avenue, Suite 460
Dallas TX 75219

Paul Wolfe
3500 Oak Lawn Avenue, Suite 460
Dallas TX 75219

Garrett Vail
386 Wabasha Street N
Saint Paul MN 55102

OP III ATX Highridge, LP
c/o Endeavor Real Estate Group, LLC
500 W. 5th Street, Suite 700
Austin TX 78701

EOP III Sub GP, LLC
c/o Endeavor Real Estate Group, LLC
500 W. 5th Street, Suite 700
Austin TX 78701

Cerco Development, Inc.
c/o Endeavor Real Estate Group, LLC
500 W. 5th Street, Suite 700
Austin TX 78701

Endeavor Real Estate Group, LLC
Attn: Ben Bufkin and Jeff Newberg
500 W. 5th Street, Suite 700
Austin TX 78701

Metcalfe Wolff Stuart and Williams, LLP
Attn: David A. Wolff
221 W. 6th Street, Suite 1300
Austin TX 78701

Citrin Cooperman
123 N. Wacker Drive, Suite 1400
Chicago IL 60606

Green Sapphire Holdings, Inc.
3500 Oak Lawn Avenue, Suite 460
Dallas TX 75219

Office of the U.S. Trustee
Earle Cabell Federal Building
1100 Commerce Street, Room 976
Dallas TX 75242

**REFORM, DsclsDue**

# U.S. Bankruptcy Court
# Northern District of Texas (Dallas)
# Bankruptcy Petition #: 26-34767-sgj11

*Date filed:* 10/16/2026

*Assigned to:* Chief Bankruptcy Jud Stacey G Jernigan
Chapter 11
Voluntary
Asset

***Debtor***
**Terra Carta Partners LLC**
3500 Oak Lawn Ave., Suite 460
Dallas, TX 75219
DALLAS-TX
Tax ID / EIN: 84-4609089

represented by **Christian Savio**
Manganelli, Leider & Savio, P.A.
1900 NW Corporate Blvd
200w
Boca Raton, FL 33431
561-826-1740
Fax : 561-826-1741
Email: csavio@dsmandellaw.com

***U.S. Trustee***
**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202
214-767-8967

| Filing Date | Docket Text |
|---|---|
| 10/16/2026 | 1 (15 pgs) Non-individual Chapter 11 Voluntary Petition. Fee Amount $1738 Filed by Terra Carta Partners LLC Chapter 11 Plan due by 02/13/2027. Disclosure Statement due by 02/13/2027. (Savio, Christian) |
| 10/19/2026 | 2 (3 pgs) Notice of deficiency. Schedule A/B due 10/30/2026. Schedule D due 10/30/2026. Schedule E/F due 10/30/2026. Schedule G due 10/30/2026. Schedule H due 10/30/2026. Declaration Under Penalty of Perjury for Non-individual Debtors due 10/30/2026. Summary of Assets and Liabilities and Certain Statistical Information due 10/30/2026. Declaration for electronic filing due within 7 days of filing the petition. Statement of Financial Affairs due 10/30/2026. (Rease, S.) |
| 10/19/2026 | Receipt of filing fee for Voluntary petition (chapter 11)( 26-34767-11) [misc,volp11a] (1738.00). Receipt number A34300235, amount $1738.00 (re: Doc# 1). (U.S. Treasury) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 10/21/2026 14:55:48 |

| | | | |
|---|---|---|---|
| **PACER Login:** | csavio03 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 26-34767-sgj11 Fil or Ent: filed From: 10/7/2026 To: 10/21/2026 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Texas (State)

Case number (*If known*): ______________ Chapter 11

❑ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name**

High Ridge Development LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

None

**3. Debtor's federal Employer Identification Number** (EIN)

32-0769711 4 5

**4. Debtor's address**

**Principal place of business**

3500 Oak Lawn Avenue, Suite 460
Number Street

Dallas TX 75219
City State ZIP Code

Dallas
County

**Mailing address, if different from principal place of business**

Number Street

P.O. Box

City State ZIP Code

**Location of principal assets, if different from principal place of business**

Tract 2 (approx. 49.99 acres)
Number Street

Williamson County, Texas

Cedar Park TX
City State ZIP Code

**5. Debtor's website** (URL) ______________

Debtor High Ridge Development LLC
Name

Case number (*if known*) ____________________

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: ____________________

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 3 1 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District ____________ When ____________ Case number ____________
MM / DD / YYYY
District ____________ When ____________ Case number ____________
MM / DD / YYYY

Debtor High Ridge Development LLC
Name

Case number (*if known*) ____________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes. Debtor Green Sapphire Holdings, Inc. Relationship Affiliate (see attached list)

District Northern District of Texas, Dallas Division When 07/21/2026 (MM / DD / YYYY)

Case number, if known 26-33254-mvl11 (Larson, J.)

*Other affiliates filed the same day: see attached list.*

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ____________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____________

**Where is the property?** ____________
Number Street

____________

____________ City ____ State ______ ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ____________

Contact name ____________

Phone ____________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

Debtor High Ridge Development LLC
Name

Case number (*if known*) ______________________

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/15/2026
MM / DD / YYYY

✘ *Paul Wolfe*
Paul Wolfe (Oct 15, 2026 18:51:29 CDT)
Signature of authorized representative of debtor

Paul Wolfe
Printed name

Title Manager of TCP MGR LLC, the Manager of Terra Carta Partners LLC, the Manager of HRD Holdings LLC, the sole member of the Debtor

**18. Signature of attorney**

✘ /s/ David William Parham
Signature of attorney for debtor

Date 10/15/2026
MM / DD / YYYY

David William Parham (see attached list for co-counsel)
Printed name

Akerman LLP
Firm name

2001 Ross Avenue, Suite 3600
Number Street

Dallas | TX | 75201
City | State | ZIP Code

(214) 720-4300
Contact phone

david.parham@akerman.com
Email address

15459500 | TX
Bar number | State

Case 1:26-cv-02977 Document 14 Filed 10/21/26 Page 43 of 98

Debtor High Ridge Development LLC Case number (if known) ____________________

## Attachment to Official Form 201, Voluntary Petition for Non-Individuals Filing for Bankruptcy

### Question 10. Bankruptcy cases pending or being filed by an affiliate of the debtor

| Debtor | Relationship | When | Case number |
|---|---|---|---|
| Green Sapphire Holdings, Inc. | Green Sapphire Holdings, Inc. is the sole member of Terra Carta Partners LLC; Terra Carta Partners LLC is the Manager and a member of HRD Holdings LLC, the Debtor's sole member, and holds the power to vote HRD Holdings LLC's 100% membership interest in the Debtor. | 07/21/2026 | 26-33254-mvl11 (Larson, J.) |
| Terra Carta Partners LLC | Affiliate (11 U.S.C. § 101(2)); filed the same day. | 10/15/2026 | Pending |
| High Ridge Development II LLC | Affiliate (11 U.S.C. § 101(2)); filed the same day. | 10/15/2026 | Pending |
| High Ridge Development III LLC | Affiliate (11 U.S.C. § 101(2)); filed the same day. | 10/15/2026 | Pending |

Each case is filed in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division.

### Question 18. Additional attorney for the debtor (co-lead counsel)

/s/ Christian Savio
Christian Savio, Esq.
Law Offices of Manganelli, Leider & Savio, P.A.
1900 N.W. Corporate Blvd., Ste. 200W
Boca Raton, FL 33431
Telephone: (561) 826-1740 Facsimile: (561) 826-1741
Email: CSavio@mls-pa.com
Florida Bar No. 84649
Date: 10/15/2026

**PETITION PACKAGE: HIGH RIDGE DEVELOPMENT LLC**

Chapter 11, United States Bankruptcy Court for the Northern District of Texas, Dallas Division, joint administration requested with In re Green Sapphire Holdings, Inc., Case No. 26-33254-mvl11

**WRITTEN CONSENT (AUTHORIZATION FOR OFFICIAL FORM 201)**

**WRITTEN CONSENT OF THE SOLE MEMBER
OF HIGH RIDGE DEVELOPMENT LLC**

The undersigned, HRD Holdings LLC, being the sole member of HIGH RIDGE DEVELOPMENT LLC, a Delaware limited liability company formed December 8, 2020 (Delaware file no. 4377675), which is member-managed (the "Company"), acting by its Manager, Terra Carta Partners LLC, acting by its Manager, TCP MGR LLC, acting by its Manager, Paul Wolfe, by written consent without a meeting under the Company's limited liability company agreement and applicable law, adopts the following resolutions effective October 15, 2026:

WHEREAS, the Company is an affiliate of Green Sapphire Holdings, Inc. (the "Parent"), the debtor in Case No. 26-33254-mvl11 pending in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Bankruptcy Court"); the Company is managed from Dallas County, Texas through TCP MGR LLC; and the Company's tract (Tract 2) of the approximately 340 acres in Cedar Park, Williamson County, Texas, record title to which purportedly passed by a Special Warranty Deed recorded January 16, 2024 that no authorized person signed, is the subject of pending litigation and of the Company's claims to avoid that conveyance and recover the land;

WHEREAS, the undersigned has determined that it is in the best interests of the Company, its creditors and other parties in interest that the Company file a voluntary petition under chapter 11 of title 11 of the United States Code in the Bankruptcy Court and seek joint administration of its case with the Parent's case;

NOW, THEREFORE, BE IT RESOLVED, that the Company is authorized to file a voluntary petition for relief under chapter 11 in the Bankruptcy Court, Dallas Division, on or about October 15, 2026;

RESOLVED, that Paul Wolfe, as Manager of TCP MGR LLC (the "Authorized Person"), is authorized and directed to execute and file on behalf of the Company the petition, the corporate ownership statement, the list of the twenty largest unsecured claims, the creditor matrix, the motion for joint administration, and all schedules, statements, lists, motions, applications and other papers, and to take all actions, that the Authorized Person deems necessary or appropriate in connection with the chapter 11 case;

RESOLVED, that the Company is authorized to retain Akerman LLP and the Law Offices of Manganelli, Leider & Savio, P.A. as co-lead counsel, and such other professionals as the Authorized Person deems appropriate, subject to the approval of the Bankruptcy Court;

RESOLVED, that the Company is authorized to commence, as plaintiff and debtor in possession, an adversary proceeding in the Bankruptcy Court against OP III ATX Highridge, LP and others to avoid and recover the transfer of the Company's tract, and to support the removal to federal court and transfer to the Bankruptcy Court of Cause No. 26-3106-C425, OP III ATX Highridge, LP v. Terra Carta Partners LLC, pending in the 425th Judicial District Court of Williamson County, Texas;

RESOLVED, that all acts taken by the Authorized Person before the date of this consent in connection with the matters above are ratified and confirmed.

This consent may be executed in counterparts and by electronic signature.

HRD HOLDINGS LLC, Sole Member,
by TERRA CARTA PARTNERS LLC, its Manager,
by TCP MGR LLC, its Manager

By: Paul Wolfe
Paul Wolfe (Oct 15, 2026 18:51:29 CDT)
Name: Paul Wolfe
Title: Manager of TCP MGR LLC
Date: October 15, 2026

**CORPORATE OWNERSHIP STATEMENT**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGH RIDGE DEVELOPMENT LLC, | § | Case No. 26-_____ |
| | § | |
| Debtor. | § | (Joint Administration with Case No. 26-33254-mvl11 Requested) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, High Ridge Development LLC (the "Debtor") states as follows.

1. The following entities directly or indirectly own 10% or more of any class of the Debtor's equity interests: HRD Holdings LLC (100%, direct); Opportunity Fund High Ridge, LLC (18.4261%, indirect, through HRD Holdings LLC, at December 31, 2024); Terra Carta Partners LLC (indirect, through HRD Holdings LLC); Green Sapphire Holdings, Inc. (indirect, through Terra Carta Partners LLC).

2. HRD Holdings LLC directly owns 100% of the membership interests in the Debtor and is its sole member. Terra Carta Partners LLC, acting through its Manager, TCP MGR LLC, is the Manager of HRD Holdings LLC. Green Sapphire Holdings, Inc., the debtor in Case No. 26-33254-mvl11, owns 100% of Terra Carta Partners LLC.

3. No other corporation or entity owns 10% or more of any class of the Debtor's equity interests.

DECLARATION. I, Paul Wolfe, Manager of TCP MGR LLC, the Manager of Terra Carta Partners LLC, the Manager of HRD Holdings LLC, the sole member of the Debtor, declare under penalty of perjury that I have read this Corporate Ownership Statement and that it is true and correct to the best of my knowledge, information and belief. Executed on October 15, 2026, at Dallas, Texas.

Paul Wolfe
Paul Wolfe (Oct 15, 2026 18:51:29 CDT)

Paul Wolfe, Manager of TCP MGR LLC, the Manager of Terra Carta Partners LLC, the Manager of HRD Holdings LLC, the sole member of the Debtor

Respectfully submitted,
AKERMAN LLP
By: /s/ David William Parham
David William Parham (Texas Bar No. 15459500)
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Email: david.parham@akerman.com

-and-

LAW OFFICES OF MANGANELLI, LEIDER & SAVIO, P.A.
By: /s/ Christian Savio
Christian Savio, Esq. (Florida Bar No. 84649)
1900 N.W. Corporate Blvd., Ste. 200W
Boca Raton, FL 33431
Telephone: (561) 826-1740
Facsimile: (561) 826-1741
Email: CSavio@mls-pa.com

Proposed Counsel for the Debtor and Debtor in Possession

**OFFICIAL FORM 204 AND OFFICIAL FORM 202 DECLARATION**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGH RIDGE DEVELOPMENT LLC, | § | Case No. 26-_____ |
| | § | |
| Debtor. | § | (Joint Administration with Case No. 26-33254-mvl11 Requested) |

**LIST OF CREDITORS WHO HAVE THE 20 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS (Official Form 204)**

| **Name of creditor and complete mailing address, including ZIP code** | **Name, telephone number and email address of creditor contact** | **Nature of the claim** | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** |
|---|---|---|---|---|
| Prosperity Bank, successor by merger to Stellar Bank, successor by merger to CommunityBank of Texas, N.A., Attn: Legal Department, 4295 San Felipe, Houston, TX 77027 | Counsel: Higier Allen & Lautin, P.C., Sarah R. East, (972) 759-1446, seast@higierallen.com | June 29, 2022 loan (original principal $39,096,000), the Debtor as grantor of the deed of trust on Tract 2, assumed by OP III ATX Highridge, LP at the January 2024 closing. | Contingent, unliquidated, disputed | Collateral: Tract 2. Unsecured claim: unknown. |
| Williamson County Tax Assessor-Collector, Attn: Catherine Totty, 1848 Texas Trail, Georgetown, TX 78626-3419 | Catherine Totty, (512) 943-1601, propertytax@wilcotx.gov | Ad valorem property taxes, Tract 2. | Unliquidated | Secured by statutory lien on Tract 2. Unsecured claim: unknown. |
| OP III ATX Highridge, LP, c/o Endeavor Real Estate Group, LLC, 500 W. 5th Street, Suite 700, Austin, TX 78701 | Ben Bufkin and Jeff Newberg, (512) 682-5500, bbufkin@endeavor-re.com | Claims asserted in OP III ATX Highridge, LP v. Terra Carta Partners LLC, Cause No. 26-3106-C425, 425th Judicial District Court, Williamson County, Texas, and any claim under the November 3, 2023 Earnest Money Contract and its First Amendment. | Contingent, unliquidated, disputed | Unliquidated |
| Cerco Development, Inc., c/o Endeavor Real Estate Group, LLC, 500 W. 5th Street, Suite 700, Austin, TX 78701 | Ben Bufkin and Jeff Newberg, (512) 682-5500, bbufkin@endeavor-re.com | Any claim under the November 3, 2023 Earnest Money Contract and its First Amendment. | Contingent, unliquidated, disputed | Unliquidated |
| Endeavor Real Estate Group, LLC, 500 W. 5th Street, Suite 700, Austin, TX 78701 | Ben Bufkin and Jeff Newberg, (512) 682-5500, bbufkin@endeavor- | Any claim under the November 3, 2023 Earnest Money Contract, its First Amendment, and related | Contingent, unliquidated, disputed | Unliquidated |

Case 1:26-cv-02977 Document 1-4 Filed 10/21/26 Page 49 of 98

| | | | | |
|---|---|---|---|---|
| | re.com | agreements. | | |
| EOP III Sub GP, LLC, c/o Endeavor Real Estate Group, LLC, 500 W. 5th Street, Suite 700, Austin, TX 78701 | Ben Bufkin and Jeff Newberg, (512) 682-5500, bbufkin@endeavor-re.com | Any claim as general partner of OP III ATX Highridge, LP under the First Amendment to the Earnest Money Contract. | Contingent, unliquidated, disputed | Unliquidated |
| Endeavor Opportunity Partners III, LP, c/o Endeavor Real Estate Group, LLC, 500 W. 5th Street, Suite 700, Austin, TX 78701 | Ben Bufkin and Jeff Newberg, (512) 682-5500, bbufkin@endeavor-re.com | Any claim arising from the January 2024 conveyance. | Contingent, unliquidated, disputed | Unliquidated |
| Citrin Cooperman, 123 N. Wacker Drive, Suite 1400, Chicago, IL 60606 | None known | Accounting services to High Ridge Development LLC. | Unliquidated | Unknown |

## DECLARATION UNDER PENALTY OF PERJURY FOR NON-INDIVIDUAL DEBTORS (Official Form 202)

I, Paul Wolfe, Manager of TCP MGR LLC, the Manager of Terra Carta Partners LLC, the Manager of HRD Holdings LLC, the sole member of the Debtor, declare under penalty of perjury that I have examined the information in the foregoing List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204) and the Creditor Matrix, and that I have a reasonable belief that the information is true and correct. Executed on October 15, 2026.

Paul Wolfe
Paul Wolfe (Oct 15, 2026 18:51:29 CDT)

Paul Wolfe, Manager of TCP MGR LLC, the Manager of Terra Carta Partners LLC, the Manager of HRD Holdings LLC, the sole member of the Debtor

Respectfully submitted,
AKERMAN LLP
By: /s/ David William Parham
David William Parham (Texas Bar No. 15459500)
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Email: david.parham@akerman.com

-and-

LAW OFFICES OF MANGANELLI, LEIDER & SAVIO, P.A.
By: /s/ Christian Savio
Christian Savio, Esq. (Florida Bar No. 84649)
1900 N.W. Corporate Blvd., Ste. 200W
Boca Raton, FL 33431
Telephone: (561) 826-1740
Facsimile: (561) 826-1741
Email: CSavio@mls-pa.com

Proposed Counsel for the Debtor and Debtor in Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGH RIDGE DEVELOPMENT LLC, | § | Case No. 26-_____ |
| | § | |
| Debtor. | § | (Joint Administration with Case No. 26-33254-mvl11 Requested) |

**VERIFICATION OF CREDITOR MATRIX**

I, Paul Wolfe, Manager of TCP MGR LLC, the Manager of Terra Carta Partners LLC, the Manager of HRD Holdings LLC, the sole member of the Debtor, declare under penalty of perjury that the attached list of creditors, consisting of 16 entries, is true and correct to the best of my knowledge, information and belief, and is submitted under 11 U.S.C. section 521(a)(1)(A), Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 1007-1. Executed on October 15, 2026, at Dallas, Texas.

Paul Wolfe
Paul Wolfe (Oct 15, 2026 18:51:29 CDT)
______________________________
Paul Wolfe, Manager of TCP MGR LLC, the Manager of Terra Carta Partners LLC, the Manager of HRD Holdings LLC, the sole member of the Debtor

Respectfully submitted,
AKERMAN LLP
By: /s/ David William Parham
David William Parham (Texas Bar No. 15459500)
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Email: david.parham@akerman.com

-and-

LAW OFFICES OF MANGANELLI, LEIDER & SAVIO, P.A.
By: /s/ Christian Savio

Christian Savio, Esq. (Florida Bar No. 84649)
1900 N.W. Corporate Blvd., Ste. 200W
Boca Raton, FL 33431
Telephone: (561) 826-1740
Facsimile: (561) 826-1741
Email: CSavio@mls-pa.com

Proposed Counsel for the Debtor and Debtor in Possession

TCP MGR LLC
Attn: Paul Wolfe, Manager
3500 Oak Lawn Avenue, Suite 460
Dallas TX 75219

Paul Wolfe
3500 Oak Lawn Avenue, Suite 460
Dallas TX 75219

Garrett Vail
386 Wabasha Street N
Saint Paul MN 55102

Prosperity Bank
Attn: Legal Department
4295 San Felipe
Houston TX 77027

MapleMark Bank
4143 Maple Avenue, Suite 100
Dallas TX 75219

Williamson County Tax Assessor-Collector
Attn: Catherine Totty
1848 Texas Trail
Georgetown TX 78626-3419

OP III ATX Highridge, LP
c/o Endeavor Real Estate Group, LLC
500 W. 5th Street, Suite 700
Austin TX 78701

EOP III Sub GP, LLC
c/o Endeavor Real Estate Group, LLC
500 W. 5th Street, Suite 700
Austin TX 78701

Endeavor Opportunity Partners III, LP
c/o Endeavor Real Estate Group, LLC
500 W. 5th Street, Suite 700
Austin TX 78701

Cerco Development, Inc.
c/o Endeavor Real Estate Group, LLC
500 W. 5th Street, Suite 700
Austin TX 78701

Endeavor Real Estate Group, LLC
Attn: Ben Bufkin and Jeff Newberg
500 W. 5th Street, Suite 700
Austin TX 78701

Metcalfe Wolff Stuart and Williams, LLP
Attn: David A. Wolff
221 W. 6th Street, Suite 1300
Austin TX 78701

Higier Allen and Lautin, P.C.
Attn: Sarah R. East
2711 N. Haskell Avenue, Suite 2400
Dallas TX 75204

Citrin Cooperman
123 N. Wacker Drive, Suite 1400
Chicago IL 60606

Green Sapphire Holdings, Inc.
3500 Oak Lawn Avenue, Suite 460
Dallas TX 75219

Office of the U.S. Trustee
Earle Cabell Federal Building
1100 Commerce Street, Room 976
Dallas TX 75242

# Petition Package High Ridge Development LLC v7 2026-10-15 for signature

Final Audit Report 2026-10-15

| | |
|---|---|
| Created: | 2026-10-15 |
| By: | Judy Osburn (4beatgait@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAACjPHo3SkSpqZaekcVKJTfcWj08WipQIk |

## "Petition Package High Ridge Development LLC v7 2026-10-15 for signature" History

Document created by Judy Osburn (4beatgait@gmail.com)
2026-10-15 - 8:42:37 PM GMT- IP address: 98.97.136.182

Document emailed to Paul Wolfe (pwolfe@60deg.com) for signature
2026-10-15 - 8:42:45 PM GMT

Email viewed by Paul Wolfe (pwolfe@60deg.com)
2026-10-15 - 8:42:51 PM GMT- IP address: 18.210.90.90

Document e-signed by Paul Wolfe (pwolfe@60deg.com)
Signature Date: 2026-10-15 - 11:51:29 PM GMT - Time Source: server- IP address: 64.156.62.158 - Signature Appearance Selected: TYPE

Agreement completed.
2026-10-15 - 11:51:29 PM GMT

Adobe Acrobat Sign

**REFORM, DsclsDue**

# U.S. Bankruptcy Court
# Northern District of Texas (Dallas)
# Bankruptcy Petition #: 26-34770-mvl11

*Assigned to:* Michelle V. Larson
Chapter 11
Voluntary
Asset

*Date filed:* 10/16/2026
*341 meeting:* 11/24/2026
*Deadline for filing claims:* 02/22/2027
*Deadline for filing claims (govt.):* 04/14/2027

***Debtor***
**High Ridge Development LLC**
3500 Oak Lawn Avenue, Suite 460
Dallas, TX 75219
DALLAS-TX
Tax ID / EIN: 32-0769711

represented by **Christian Savio**
Manganelli, Leider & Savio, P.A.
1900 NW Corporate Blvd
200w
Boca Raton, FL 33431
561-826-1740
Fax : 561-826-1741
Email: csavio@dsmandellaw.com

***U.S. Trustee***
**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202
214-767-8967

| Filing Date | Docket Text |
|---|---|
| 10/16/2026 | 1 (18 pgs) Individual Chapter 11 Voluntary Petition. Fee Amount $1738 Filed by High Ridge Development LLC Chapter 11 Plan due by 02/13/2027. Disclosure Statement due by 02/13/2027. (Savio, Christian) |
| 10/16/2026 | 2 (3 pgs) Notice of deficiency. Schedule A/B due 10/30/2026. Schedule D due 10/30/2026. Schedule E/F due 10/30/2026. Schedule G due 10/30/2026. Schedule H due 10/30/2026. Declaration Under Penalty of Perjury for Non-individual Debtors due 10/30/2026. Summary of Assets and Liabilities and Certain Statistical Information due 10/30/2026. Declaration for electronic filing due within 7 days of filing the petition. Statement of Financial Affairs due 10/30/2026. 20 Largest Unsecured Creditors due 10/19/2026. (Castaneda, Esther) |
| 10/19/2026 | Receipt of filing fee for Voluntary petition (chapter 11)( 26-34770-11) [misc,volp11a] (1738.00). Receipt number A34300235, amount $1738.00 (re: Doc# 1). (U.S. Treasury) |
| 10/20/2026 | 3 (3 pgs) Meeting of creditors 341(a) meeting to be held on 11/24/2026 at 02:30 PM by TELEPHONE. Proofs of Claims due by 2/22/2027. Government Proof of Claim due by 4/14/2027. (Kippes, Meredyth) |

## PACER Service Center

### Transaction Receipt

| 10/21/2026 14:54:53 | | | |
|---|---|---|---|
| **PACER Login:** | csavio03 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 26-34770-mvl11 Fil or Ent: filed From: 10/7/2022 To: 10/21/2026 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Texas (State)

Case number (*If known*): ________________ Chapter 11

❑ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**

   High Ridge Development II LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   None

3. **Debtor's federal Employer Identification Number** (EIN)

   4 3 – 2 4 5 9 4 0 0

4. **Debtor's address**

   **Principal place of business**

   3500 Oak Lawn Avenue, Suite 460
   Number Street

   Dallas TX 75219
   City State ZIP Code

   Dallas
   County

   **Mailing address, if different from principal place of business**

   Number Street

   P.O. Box

   City State ZIP Code

   **Location of principal assets, if different from principal place of business**

   Tract 3 (approx. 214.80 acres)
   Number Street

   Williamson County, Texas

   Cedar Park TX
   City State ZIP Code

5. **Debtor's website** (URL)

Debtor High Ridge Development II LLC
Name

Case number (*if known*) ____________________

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: ____________________

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 3 1 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply*:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District ____________ When ____________ (MM / DD / YYYY) Case number ____________
District ____________ When ____________ (MM / DD / YYYY) Case number ____________

Debtor High Ridge Development II LLC Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☒ Yes. Debtor Green Sapphire Holdings, Inc. Relationship Affiliate (see attached list)
  District Northern District of Texas, Dallas Division When 07/21/2026 (MM / DD / YYYY)
  Case number, if known 26-33254-mvl11 (Larson, J.)

*Other affiliates filed the same day: see attached list.*

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? ______
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other ______

**Where is the property?** ______
Number Street

______

City State ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency ______

Contact name ______

Phone ______

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

Debtor High Ridge Development II LLC
Name

Case number (*if known*) ____________________

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/15/2026
MM / DD / YYYY

✘ Paul Wolfe
Paul Wolfe (Oct 15, 2026 18:49:31 CDT)
Signature of authorized representative of debtor

Paul Wolfe
Printed name

Title Manager of TCP MGR LLC, the Manager of the Debtor

**18. Signature of attorney**

✘ /s/ David William Parham
Signature of attorney for debtor

Date 10/15/2026
MM / DD / YYYY

David William Parham (see attached list for co-counsel)
Printed name

Akerman LLP
Firm name

2001 Ross Avenue, Suite 3600
Number Street

Dallas
City

TX
State

75201
ZIP Code

(214) 720-4300
Contact phone

david.parham@akerman.com
Email address

15459500
Bar number

TX
State

Debtor High Ridge Development II LLC　　Case number (if known) ____________________

## Attachment to Official Form 201, Voluntary Petition for Non-Individuals Filing for Bankruptcy

### Question 10. Bankruptcy cases pending or being filed by an affiliate of the debtor

| Debtor | Relationship | When | Case number |
|---|---|---|---|
| Green Sapphire Holdings, Inc. | The Petro Carta Trust, acting through its trustee, NorthSea, LLC, owns 100% of Green Sapphire Holdings, Inc. and, through PCT Texas Properties LLC, 100% of the Debtor; the Debtor is managed by TCP MGR LLC, a wholly owned subsidiary of Green Sapphire Holdings, Inc. | 07/21/2026 | 26-33254-mvl11 (Larson, J.) |
| Terra Carta Partners LLC | Affiliate (11 U.S.C. § 101(2)); filed the same day. | 10/15/2026 | Pending |
| High Ridge Development LLC | Affiliate (11 U.S.C. § 101(2)); filed the same day. | 10/15/2026 | Pending |
| High Ridge Development III LLC | Affiliate (11 U.S.C. § 101(2)); filed the same day. | 10/15/2026 | Pending |

Each case is filed in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division.

### Question 18. Additional attorney for the debtor (co-lead counsel)

/s/ Christian Savio
Christian Savio, Esq.
Law Offices of Manganelli, Leider & Savio, P.A.
1900 N.W. Corporate Blvd., Ste. 200W
Boca Raton, FL 33431
Telephone: (561) 826-1740 Facsimile: (561) 826-1741
Email: CSavio@mls-pa.com
Florida Bar No. 84649
Date: 10/15/2026

**PETITION PACKAGE: HIGH RIDGE DEVELOPMENT II LLC**

Chapter 11, United States Bankruptcy Court for the Northern District of Texas, Dallas Division, joint administration requested with In re Green Sapphire Holdings, Inc., Case No. 26-33254-mvl11

**WRITTEN CONSENT (AUTHORIZATION FOR OFFICIAL FORM 201)**

**WRITTEN CONSENT OF THE MANAGER OF HIGH RIDGE DEVELOPMENT II LLC**

The undersigned, TCP MGR LLC, being the Manager of HIGH RIDGE DEVELOPMENT II LLC, a Delaware limited liability company formed April 30, 2021 (Delaware file no. 5885691) (the "Company"), acting by its Manager, Paul Wolfe, by written consent without a meeting under the Company's limited liability company agreement and applicable law, adopts the following resolutions effective October 15, 2026:

WHEREAS, the Company is an affiliate of Green Sapphire Holdings, Inc. (the "Parent"), the debtor in Case No. 26-33254-mvl11 pending in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Bankruptcy Court"); the Company is managed from Dallas County, Texas through TCP MGR LLC; and the Company's tract (Tract 3) of the approximately 340 acres in Cedar Park, Williamson County, Texas, record title to which purportedly passed by a Special Warranty Deed recorded January 16, 2024 that no authorized person signed, is the subject of pending litigation and of the Company's claims to avoid that conveyance and recover the land;

WHEREAS, the undersigned has determined that it is in the best interests of the Company, its creditors and other parties in interest that the Company file a voluntary petition under chapter 11 of title 11 of the United States Code in the Bankruptcy Court and seek joint administration of its case with the Parent's case;

NOW, THEREFORE, BE IT RESOLVED, that the Company is authorized to file a voluntary petition for relief under chapter 11 in the Bankruptcy Court, Dallas Division, on or about October 15, 2026;

RESOLVED, that Paul Wolfe, as Manager of TCP MGR LLC (the "Authorized Person"), is authorized and directed to execute and file on behalf of the Company the petition, the corporate ownership statement, the list of the twenty largest unsecured claims, the creditor matrix, the motion for joint administration, and all schedules, statements, lists, motions, applications and other papers, and to take all actions, that the Authorized Person deems necessary or appropriate in connection with the chapter 11 case;

RESOLVED, that the Company is authorized to retain Akerman LLP and the Law Offices of Manganelli, Leider & Savio, P.A. as co-lead counsel, and such other professionals as the Authorized Person deems appropriate, subject to the approval of the Bankruptcy Court;

RESOLVED, that the Company is authorized to commence, as plaintiff and debtor in possession, an adversary proceeding in the Bankruptcy Court against OP III ATX Highridge, LP and others to avoid and recover the transfer of the Company's tract, and to support the removal to federal court and transfer to the Bankruptcy Court of Cause No. 26-3106-C425, OP III ATX Highridge, LP v. Terra Carta Partners LLC, pending in the 425th Judicial District Court of Williamson County, Texas;

RESOLVED, that all acts taken by the Authorized Person before the date of this consent in connection with the matters above are ratified and confirmed.

This consent may be executed in counterparts and by electronic signature.

TCP MGR LLC, Manager

By: Paul Wolfe
Paul Wolfe (Oct 15, 2026 18:49:31 CDT)
Name: Paul Wolfe
Title: Manager of TCP MGR LLC
Date: October 15, 2026

**CORPORATE OWNERSHIP STATEMENT**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGH RIDGE DEVELOPMENT II LLC, | § | Case No. 26-_____ |
| | § | |
| Debtor. | § | (Joint Administration with Case No. 26-33254-mvl11 Requested) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, High Ridge Development II LLC (the "Debtor") states as follows.

1. The following entities directly or indirectly own 10% or more of any class of the Debtor's equity interests: PCT Texas Properties LLC (100%, direct); the Petro Carta Trust, acting through its trustee, NorthSea, LLC (100%, indirect, as owner of PCT Texas Properties LLC).

2. PCT Texas Properties LLC, a Delaware limited liability company, directly owns 100% of the membership interests in the Debtor and is its sole member. PCT Texas Properties LLC is owned by the Petro Carta Trust, acting through its trustee, NorthSea, LLC. TCP MGR LLC is the Debtor's Manager and holds no equity.

3. No other corporation or entity owns 10% or more of any class of the Debtor's equity interests.

DECLARATION. I, Paul Wolfe, Manager of TCP MGR LLC, the Manager of the Debtor, declare under penalty of perjury that I have read this Corporate Ownership Statement

and that it is true and correct to the best of my knowledge, information and belief. Executed on October 15, 2026, at Dallas, Texas.

Paul Wolfe
Paul Wolfe (Oct 15, 2026 18:49:31 CDT)

Paul Wolfe, Manager of TCP MGR LLC, the Manager of the Debtor

Respectfully submitted,
AKERMAN LLP
By: /s/ David William Parham
David William Parham (Texas Bar No. 15459500)
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Email: david.parham@akerman.com

-and-

LAW OFFICES OF MANGANELLI, LEIDER & SAVIO, P.A.
By: /s/ Christian Savio
Christian Savio, Esq. (Florida Bar No. 84649)
1900 N.W. Corporate Blvd., Ste. 200W
Boca Raton, FL 33431
Telephone: (561) 826-1740
Facsimile: (561) 826-1741
Email: CSavio@mls-pa.com

Proposed Counsel for the Debtor and Debtor in Possession

**OFFICIAL FORM 204 AND OFFICIAL FORM 202 DECLARATION**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGH RIDGE DEVELOPMENT II LLC, | § | Case No. 26-_____ |
| | § | |
| Debtor. | § | (Joint Administration with Case No. 26-33254-mvl11 Requested) |

**LIST OF CREDITORS WHO HAVE THE 20 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS (Official Form 204)**

| **Name of creditor and complete mailing address, including ZIP code** | **Name, telephone number and email address of creditor contact** | **Nature of the claim** | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** |
|---|---|---|---|---|
| Prosperity Bank, successor by merger to Stellar Bank, successor by merger to CommunityBank of Texas, N.A., Attn: Legal Department, 4295 San Felipe, Houston, TX 77027 | Counsel: Higier Allen & Lautin, P.C., Sarah R. East, (972) 759-1446, seast@higierallen.com | June 29, 2022 loan (original principal $39,096,000), the Debtor as grantor of the deed of trust on Tract 3, assumed by OP III ATX Highridge, LP at the January 2024 closing. | Contingent, unliquidated, disputed | Collateral: Tract 3. Unsecured claim: unknown. |
| Williamson County Tax Assessor-Collector, Attn: Catherine Totty, 1848 Texas Trail, Georgetown, TX 78626-3419 | Catherine Totty, (512) 943-1601, propertytax@wilcotx.gov | Ad valorem property taxes, Tract 3. | Unliquidated | Secured by statutory lien on Tract 3. Unsecured claim: unknown. |
| OP III ATX Highridge, LP, c/o Endeavor Real Estate Group, LLC, 500 W. 5th Street, Suite 700, Austin, TX 78701 | Ben Bufkin and Jeff Newberg, (512) 682-5500, bbufkin@endeavor-re.com | Claims asserted in OP III ATX Highridge, LP v. Terra Carta Partners LLC, Cause No. 26-3106-C425, 425th Judicial District Court, Williamson County, Texas, and any claim under the November 3, 2023 Earnest Money Contract and its First Amendment. | Contingent, unliquidated, disputed | Unliquidated |
| Cerco Development, Inc., c/o Endeavor Real Estate Group, LLC, 500 W. 5th Street, Suite 700, Austin, TX 78701 | Ben Bufkin and Jeff Newberg, (512) 682-5500, bbufkin@endeavor-re.com | Any claim under the November 3, 2023 Earnest Money Contract and its First Amendment. | Contingent, unliquidated, disputed | Unliquidated |
| Endeavor Real Estate Group, LLC, 500 W. 5th Street, Suite 700, Austin, TX 78701 | Ben Bufkin and Jeff Newberg, (512) 682-5500, bbufkin@endeavor- | Any claim under the November 3, 2023 Earnest Money Contract, its First Amendment, and related | Contingent, unliquidated, disputed | Unliquidated |

| | | | | |
|---|---|---|---|---|
| | re.com | agreements. | | |
| EOP III Sub GP, LLC, c/o Endeavor Real Estate Group, LLC, 500 W. 5th Street, Suite 700, Austin, TX 78701 | Ben Bufkin and Jeff Newberg, (512) 682-5500, bbufkin@endeavor-re.com | Any claim as general partner of OP III ATX Highridge, LP under the First Amendment to the Earnest Money Contract. | Contingent, unliquidated, disputed | Unliquidated |
| Endeavor Opportunity Partners III, LP, c/o Endeavor Real Estate Group, LLC, 500 W. 5th Street, Suite 700, Austin, TX 78701 | Ben Bufkin and Jeff Newberg, (512) 682-5500, bbufkin@endeavor-re.com | Any claim arising from the January 2024 conveyance. | Contingent, unliquidated, disputed | Unliquidated |
| Citrin Cooperman, 123 N. Wacker Drive, Suite 1400, Chicago, IL 60606 | None known | Accounting services to High Ridge Development II LLC. | Unliquidated | Unknown |

**DECLARATION UNDER PENALTY OF PERJURY FOR NON-INDIVIDUAL DEBTORS (Official Form 202)**

I, Paul Wolfe, Manager of TCP MGR LLC, the Manager of the Debtor, declare under penalty of perjury that I have examined the information in the foregoing List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204) and the Creditor Matrix, and that I have a reasonable belief that the information is true and correct.

Executed on October 15, 2026.

Paul Wolfe
Paul Wolfe (Oct 15, 2026 18:49:31 CDT)

Paul Wolfe, Manager of TCP MGR LLC, the Manager of the Debtor

Respectfully submitted,
AKERMAN LLP
By: /s/ David William Parham
David William Parham (Texas Bar No. 15459500)
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Email: david.parham@akerman.com

-and-

LAW OFFICES OF MANGANELLI, LEIDER & SAVIO, P.A.
By: /s/ Christian Savio
Christian Savio, Esq. (Florida Bar No. 84649)
1900 N.W. Corporate Blvd., Ste. 200W
Boca Raton, FL 33431
Telephone: (561) 826-1740
Facsimile: (561) 826-1741
Email: CSavio@mls-pa.com

Proposed Counsel for the Debtor and Debtor in Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGH RIDGE DEVELOPMENT II LLC, | § | Case No. 26-_____ |
| | § | |
| Debtor. | § | (Joint Administration with Case No. 26-33254-mvl11 Requested) |

**VERIFICATION OF CREDITOR MATRIX**

I, Paul Wolfe, Manager of TCP MGR LLC, the Manager of the Debtor, declare under penalty of perjury that the attached list of creditors, consisting of 15 entries, is true and correct to the best of my knowledge, information and belief, and is submitted under 11 U.S.C. section 521(a)(1)(A), Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 1007-1. Executed on October 15, 2026, at Dallas, Texas.

Paul Wolfe
Paul Wolfe (Oct 15, 2026 18:49:31 CDT)
Paul Wolfe, Manager of TCP MGR LLC, the Manager of the Debtor

Respectfully submitted,
AKERMAN LLP
By: /s/ David William Parham
David William Parham (Texas Bar No. 15459500)
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Email: david.parham@akerman.com

-and-

LAW OFFICES OF MANGANELLI, LEIDER & SAVIO, P.A.
By: /s/ Christian Savio
Christian Savio, Esq. (Florida Bar No. 84649)
1900 N.W. Corporate Blvd., Ste. 200W

Boca Raton, FL 33431
Telephone: (561) 826-1740
Facsimile: (561) 826-1741
Email: CSavio@mls-pa.com

Proposed Counsel for the Debtor and Debtor in Possession

TCP MGR LLC
Attn: Paul Wolfe, Manager
3500 Oak Lawn Avenue, Suite 460
Dallas TX 75219

Paul Wolfe
3500 Oak Lawn Avenue, Suite 460
Dallas TX 75219

Garrett Vail
386 Wabasha Street N
Saint Paul MN 55102

Prosperity Bank
Attn: Legal Department
4295 San Felipe
Houston TX 77027

Williamson County Tax Assessor-Collector
Attn: Catherine Totty
1848 Texas Trail
Georgetown TX 78626-3419

OP III ATX Highridge, LP
c/o Endeavor Real Estate Group, LLC
500 W. 5th Street, Suite 700
Austin TX 78701

EOP III Sub GP, LLC
c/o Endeavor Real Estate Group, LLC
500 W. 5th Street, Suite 700
Austin TX 78701

Endeavor Opportunity Partners III, LP
c/o Endeavor Real Estate Group, LLC
500 W. 5th Street, Suite 700
Austin TX 78701

Cerco Development, Inc.
c/o Endeavor Real Estate Group, LLC
500 W. 5th Street, Suite 700
Austin TX 78701

Endeavor Real Estate Group, LLC
Attn: Ben Bufkin and Jeff Newberg
500 W. 5th Street, Suite 700
Austin TX 78701

Metcalfe Wolff Stuart and Williams, LLP
Attn: David A. Wolff
221 W. 6th Street, Suite 1300
Austin TX 78701

Higier Allen and Lautin, P.C.
Attn: Sarah R. East
2711 N. Haskell Avenue, Suite 2400
Dallas TX 75204

Citrin Cooperman
123 N. Wacker Drive, Suite 1400
Chicago IL 60606

Green Sapphire Holdings, Inc.
3500 Oak Lawn Avenue, Suite 460
Dallas TX 75219

Office of the U.S. Trustee
Earle Cabell Federal Building
1100 Commerce Street, Room 976
Dallas TX 75242

# Petition Package High Ridge Development II LLC v7 2026-10-15 for signature

Final Audit Report 2026-10-15

| | |
|---|---|
| Created: | 2026-10-15 |
| By: | Judy Osburn (4beatgait@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAOj7Wo203iBv6gY3nLHPM-40DmgpyoNqr |

## "Petition Package High Ridge Development II LLC v7 2026-10-15 for signature" History

- Document created by Judy Osburn (4beatgait@gmail.com)
  2026-10-15 - 8:47:48 PM GMT- IP address: 98.97.136.182

- Document emailed to Paul Wolfe (pwolfe@60deg.com) for signature
  2026-10-15 - 8:47:53 PM GMT

- Email viewed by Paul Wolfe (pwolfe@60deg.com)
  2026-10-15 - 8:47:58 PM GMT- IP address: 18.210.90.90

- Document e-signed by Paul Wolfe (pwolfe@60deg.com)
  Signature Date: 2026-10-15 - 11:49:31 PM GMT - Time Source: server- IP address: 64.156.62.158 - Signature Appearance Selected: TYPE

- Agreement completed.
  2026-10-15 - 11:49:31 PM GMT

**REFORM, DsclsDue**

# U.S. Bankruptcy Court
# Northern District of Texas (Dallas)
# Bankruptcy Petition #: 26-34772-sgj11

*Date filed:* 10/16/2026

*Assigned to:* Chief Bankruptcy Jud Stacey G Jernigan
Chapter 11
Voluntary
Asset

***Debtor***
**High Ridge Development II LLC**
3500 Oak Lawn Avenue, Suite 460
Dallas, TX 75219
DALLAS-TX
Tax ID / EIN: 43-2459400

represented by **Christian Savio**
Manganelli, Leider & Savio, P.A.
1900 NW Corporate Blvd
200w
Boca Raton, FL 33431
561-826-1740
Fax : 561-826-1741
Email: csavio@dsmandellaw.com

***U.S. Trustee***
**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202
214-767-8967

| Filing Date | Docket Text |
|---|---|
| 10/16/2026 | 1 (18 pgs) Non-individual Chapter 11 Voluntary Petition. Fee Amount $1738 Filed by High Ridge Development II LLC Chapter 11 Plan due by 02/13/2027. Disclosure Statement due by 02/13/2027. (Savio, Christian) |
| 10/19/2026 | Receipt of filing fee for Voluntary petition (chapter 11)( 26-34772-11) [misc,volp11a] (1738.00). Receipt number A34300235, amount $1738.00 (re: Doc# 1). (U.S. Treasury) |
| 10/19/2026 | 2 (3 pgs) Notice of deficiency. Schedule A/B due 10/30/2026. Schedule D due 10/30/2026. Schedule E/F due 10/30/2026. Schedule G due 10/30/2026. Schedule H due 10/30/2026. Declaration Under Penalty of Perjury for Non-individual Debtors due 10/30/2026. Summary of Assets and Liabilities and Certain Statistical Information due 10/30/2026. Declaration for electronic filing due within 7 days of filing the petition. Statement of Financial Affairs due 10/30/2026. (Sikes, Julia) |

| PACER Service Center |
|---|
| Transaction Receipt |
| 10/21/2026 14:55:25 |

| | | | |
|---|---|---|---|
| **PACER Login:** | csavio03 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 26-34772-sgj11 Fil or Ent: filed From: 10/7/2026 To: 10/21/2026 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Texas (State)

Case number (*If known*): ______ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**

High Ridge Development III LLC

2. **All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

None

3. **Debtor's federal Employer Identification Number** (EIN)

87-3221262

4. **Debtor's address**

**Principal place of business**

3500 Oak Lawn Avenue, Suite 460
Number Street

Dallas TX 75219
City State ZIP Code

Dallas
County

**Mailing address, if different from principal place of business**

Number Street

P.O. Box

City State ZIP Code

**Location of principal assets, if different from principal place of business**

Tract 1 (approx. 75.01 acres)
Number Street

Williamson County, Texas

Cedar Park TX
City State ZIP Code

5. **Debtor's website** (URL)

Debtor High Ridge Development III LLC Case number (*if known*)
Name

**6. Type of debtor**

- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: ____________________

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5 3 1 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District ____________ When ____________ Case number ____________
  MM / DD / YYYY
  District ____________ When ____________ Case number ____________
  MM / DD / YYYY

Debtor High Ridge Development III LLC
Name

Case number (*if known*) ______________________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes. Debtor Green Sapphire Holdings, Inc. Relationship Affiliate (indirect parent)
District Northern District of Texas, Dallas Division When 07/21/2026 (MM / DD / YYYY)
Case number, if known 26-33254-mvl11 (Larson, J.)

*Other affiliates filed the same day: see attached list.*

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ______________________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______________________

**Where is the property?** ______________________
Number Street
______________________
City State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ______________________
Contact name ______________________
Phone ______________________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

Debtor High Ridge Development III LLC
Name

Case number (*if known*)

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/15/2026
MM / DD / YYYY

✘ Paul Wolfe
Paul Wolfe (Oct 15, 2026 18:47:08 CDT)
Signature of authorized representative of debtor

Paul Wolfe
Printed name

Title Manager of TCP MGR LLC, the Manager of the Debtor

**18. Signature of attorney**

✘ /s/ David William Parham
Signature of attorney for debtor

Date 10/15/2026
MM / DD / YYYY

David William Parham (see attached list for co-counsel)
Printed name

Akerman LLP
Firm name

2001 Ross Avenue, Suite 3600
Number Street

Dallas
City

TX
State

75201
ZIP Code

(214) 720-4300
Contact phone

david.parham@akerman.com
Email address

15459500
Bar number

TX
State

Debtor High Ridge Development III LLC Case number (if known) ____________________

## Attachment to Official Form 201, Voluntary Petition for Non-Individuals Filing for Bankruptcy

### Question 10. Bankruptcy cases pending or being filed by an affiliate of the debtor

| Debtor | Relationship | When | Case number |
|---|---|---|---|
| Green Sapphire Holdings, Inc. | Green Sapphire Holdings, Inc. is the sole member of Terra Carta Partners LLC, which is the Debtor's sole member. | 07/21/2026 | 26-33254-mvl11 (Larson, J.) |
| Terra Carta Partners LLC | Affiliate (11 U.S.C. § 101(2)); filed the same day. | 10/15/2026 | Pending |
| High Ridge Development LLC | Affiliate (11 U.S.C. § 101(2)); filed the same day. | 10/15/2026 | Pending |
| High Ridge Development II LLC | Affiliate (11 U.S.C. § 101(2)); filed the same day. | 10/15/2026 | Pending |

Each case is filed in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division.

### Question 18. Additional attorney for the debtor (co-lead counsel)

/s/ Christian Savio
Christian Savio, Esq.
Law Offices of Manganelli, Leider & Savio, P.A.
1900 N.W. Corporate Blvd., Ste. 200W
Boca Raton, FL 33431
Telephone: (561) 826-1740 Facsimile: (561) 826-1741
Email: CSavio@mls-pa.com
Florida Bar No. 84649
Date: 10/15/2026

**PETITION PACKAGE: HIGH RIDGE DEVELOPMENT III LLC**

Chapter 11, United States Bankruptcy Court for the Northern District of Texas, Dallas Division, joint administration requested with In re Green Sapphire Holdings, Inc., Case No. 26-33254-mvl11

**WRITTEN CONSENT (AUTHORIZATION FOR OFFICIAL FORM 201)**

**WRITTEN CONSENT OF THE MANAGER
OF HIGH RIDGE DEVELOPMENT III LLC**

The undersigned, TCP MGR LLC, being the Manager of HIGH RIDGE DEVELOPMENT III LLC, a Delaware limited liability company formed October 21, 2021 (Delaware file no. 6327056) (the "Company"), acting by its Manager, Paul Wolfe, by written consent without a meeting under the Company's limited liability company agreement and applicable law, adopts the following resolutions effective October 15, 2026:

WHEREAS, the Company is an indirect wholly owned subsidiary of Green Sapphire Holdings, Inc. (the "Parent"), the debtor in Case No. 26-33254-mvl11 pending in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division (the "Bankruptcy Court"); the Company is managed from Dallas County, Texas through TCP MGR LLC; and the Company's tract (Tract 1) of the approximately 340 acres in Cedar Park, Williamson County, Texas, record title to which purportedly passed by a Special Warranty Deed recorded January 16, 2024 that no authorized person signed, is the subject of pending litigation and of the Company's claims to avoid that conveyance and recover the land;

WHEREAS, the undersigned has determined that it is in the best interests of the Company, its creditors and other parties in interest that the Company file a voluntary petition under chapter 11 of title 11 of the United States Code in the Bankruptcy Court and seek joint administration of its case with the Parent's case;

NOW, THEREFORE, BE IT RESOLVED, that the Company is authorized to file a voluntary petition for relief under chapter 11 in the Bankruptcy Court, Dallas Division, on or about October 15, 2026;

RESOLVED, that Paul Wolfe, as Manager of TCP MGR LLC (the "Authorized Person"), is authorized and directed to execute and file on behalf of the Company the petition, the corporate ownership statement, the list of the twenty largest unsecured claims, the creditor matrix, the motion for joint administration, and all schedules, statements, lists, motions, applications and other papers, and to take all actions, that the Authorized Person deems necessary or appropriate in connection with the chapter 11 case;

RESOLVED, that the Company is authorized to retain Akerman LLP and the Law Offices of Manganelli, Leider & Savio, P.A. as co-lead counsel, and such other professionals as the Authorized Person deems appropriate, subject to the approval of the Bankruptcy Court;

RESOLVED, that the Company is authorized to commence, as plaintiff and debtor in possession, an adversary proceeding in the Bankruptcy Court against OP III ATX Highridge, LP and others to avoid and recover the transfer of the Company's tract, and to support the removal to federal court and transfer to the Bankruptcy Court of Cause No. 26-3106-C425, OP III ATX Highridge, LP v. Terra Carta Partners LLC, pending in the 425th Judicial District Court of Williamson County, Texas;

RESOLVED, that all acts taken by the Authorized Person before the date of this consent in connection with the matters above are ratified and confirmed.

This consent may be executed in counterparts and by electronic signature.

TCP MGR LLC, Manager

By: Paul Wolfe
Paul Wolfe (Oct 15, 2026 18:47:08 CDT)

Name: Paul Wolfe
Title: Manager of TCP MGR LLC
Date: October 15, 2026

**CORPORATE OWNERSHIP STATEMENT**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGH RIDGE DEVELOPMENT III LLC, | § | Case No. 26-_____ |
| | § | |
| Debtor. | § | (Joint Administration with Case No. 26-33254-mvl11 Requested) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, High Ridge Development III LLC (the "Debtor") states as follows.

1. The following entities directly or indirectly own 10% or more of any class of the Debtor's equity interests: Terra Carta Partners LLC (100%, direct); Green Sapphire Holdings, Inc. (100%, indirect, through Terra Carta Partners LLC).

2. Terra Carta Partners LLC directly owns 100% of the membership interests in the Debtor and is its sole member. Green Sapphire Holdings, Inc., the debtor in Case No. 26-33254-mvl11, owns 100% of Terra Carta Partners LLC. TCP MGR LLC is the Debtor's Manager and holds no equity.

3. No other corporation or entity owns 10% or more of any class of the Debtor's equity interests.

DECLARATION. I, Paul Wolfe, Manager of TCP MGR LLC, the Manager of the Debtor, declare under penalty of perjury that I have read this Corporate Ownership Statement

and that it is true and correct to the best of my knowledge, information and belief. Executed on October 15, 2026, at Dallas, Texas.

Paul Wolfe
Paul Wolfe (Oct 15, 2026 18:47:08 CDT)

Paul Wolfe, Manager of TCP MGR LLC, the Manager of the Debtor

Respectfully submitted,
AKERMAN LLP
By: /s/ David William Parham
David William Parham (Texas Bar No. 15459500)
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Email: david.parham@akerman.com

-and-

LAW OFFICES OF MANGANELLI, LEIDER & SAVIO, P.A.
By: /s/ Christian Savio
Christian Savio, Esq. (Florida Bar No. 84649)
1900 N.W. Corporate Blvd., Ste. 200W
Boca Raton, FL 33431
Telephone: (561) 826-1740
Facsimile: (561) 826-1741
Email: CSavio@mls-pa.com

Proposed Counsel for the Debtor and Debtor in Possession

**OFFICIAL FORM 204 AND OFFICIAL FORM 202 DECLARATION**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGH RIDGE DEVELOPMENT III LLC, | § | Case No. 26-_____ |
| | § | |
| Debtor. | § | (Joint Administration with Case No. 26-33254-mvl11 Requested) |

**LIST OF CREDITORS WHO HAVE THE 20 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS (Official Form 204)**

| **Name of creditor and complete mailing address, including ZIP code** | **Name, telephone number and email address of creditor contact** | **Nature of the claim** | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** |
|---|---|---|---|---|
| Prosperity Bank, successor by merger to Stellar Bank, successor by merger to CommunityBank of Texas, N.A., Attn: Legal Department, 4295 San Felipe, Houston, TX 77027 | Counsel: Higier Allen & Lautin, P.C., Sarah R. East, (972) 759-1446, seast@higierallen.com | June 29, 2022 loan (original principal $39,096,000), the Debtor as borrower and grantor of the deed of trust on Tract 1, assumed by OP III ATX Highridge, LP at the January 2024 closing. | Contingent, unliquidated, disputed | Collateral: Tract 1. Unsecured claim: unknown. |
| Williamson County Tax Assessor-Collector, Attn: Catherine Totty, 1848 Texas Trail, Georgetown, TX 78626-3419 | Catherine Totty, (512) 943-1601, propertytax@wilcotx.gov | Ad valorem property taxes, Tract 1. | Unliquidated | Secured by statutory lien on Tract 1. Unsecured claim: unknown. |
| OP III ATX Highridge, LP, c/o Endeavor Real Estate Group, LLC, 500 W. 5th Street, Suite 700, Austin, TX 78701 | Ben Bufkin and Jeff Newberg, (512) 682-5500, bbufkin@endeavor-re.com | Claims asserted in OP III ATX Highridge, LP v. Terra Carta Partners LLC, Cause No. 26-3106-C425, 425th Judicial District Court, Williamson County, Texas, and any claim under the November 3, 2023 Earnest Money Contract and its First Amendment. | Contingent, unliquidated, disputed | Unliquidated |
| Cerco Development, Inc., c/o Endeavor Real Estate Group, LLC, 500 W. 5th Street, Suite 700, Austin, TX 78701 | Ben Bufkin and Jeff Newberg, (512) 682-5500, bbufkin@endeavor-re.com | Any claim under the November 3, 2023 Earnest Money Contract and its First Amendment. | Contingent, unliquidated, disputed | Unliquidated |
| Endeavor Real Estate Group, LLC, 500 W. 5th Street, Suite 700, Austin, TX 78701 | Ben Bufkin and Jeff Newberg, (512) 682-5500, bbufkin@endeavor- | Any claim under the November 3, 2023 Earnest Money Contract, its First Amendment, and related | Contingent, unliquidated, disputed | Unliquidated |

| | | | | |
|---|---|---|---|---|
| | re.com | agreements. | | |
| EOP III Sub GP, LLC, c/o Endeavor Real Estate Group, LLC, 500 W. 5th Street, Suite 700, Austin, TX 78701 | Ben Bufkin and Jeff Newberg, (512) 682-5500, bbufkin@endeavor-re.com | Any claim as general partner of OP III ATX Highridge, LP under the First Amendment to the Earnest Money Contract. | Contingent, unliquidated, disputed | Unliquidated |
| Endeavor Opportunity Partners III, LP, c/o Endeavor Real Estate Group, LLC, 500 W. 5th Street, Suite 700, Austin, TX 78701 | Ben Bufkin and Jeff Newberg, (512) 682-5500, bbufkin@endeavor-re.com | Any claim arising from the January 2024 conveyance. | Contingent, unliquidated, disputed | Unliquidated |
| Citrin Cooperman, 123 N. Wacker Drive, Suite 1400, Chicago, IL 60606 | None known | Accounting services to High Ridge Development III LLC. | Unliquidated | Unknown |

**DECLARATION UNDER PENALTY OF PERJURY FOR NON-INDIVIDUAL DEBTORS (Official Form 202)**

I, Paul Wolfe, Manager of TCP MGR LLC, the Manager of the Debtor, declare under penalty of perjury that I have examined the information in the foregoing List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204) and the Creditor Matrix, and that I have a reasonable belief that the information is true and correct.

Executed on October 15, 2026.

Paul Wolfe
Paul Wolfe (Oct 15, 2026 18:47:08 CDT)

Paul Wolfe, Manager of TCP MGR LLC, the Manager of the Debtor

Respectfully submitted,
AKERMAN LLP
By: /s/ David William Parham
David William Parham (Texas Bar No. 15459500)
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Email: david.parham@akerman.com

-and-

LAW OFFICES OF MANGANELLI, LEIDER & SAVIO, P.A.
By: /s/ Christian Savio
Christian Savio, Esq. (Florida Bar No. 84649)
1900 N.W. Corporate Blvd., Ste. 200W
Boca Raton, FL 33431
Telephone: (561) 826-1740
Facsimile: (561) 826-1741
Email: CSavio@mls-pa.com

Proposed Counsel for the Debtor and Debtor in Possession

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| HIGH RIDGE DEVELOPMENT III LLC, | § | Case No. 26-_____ |
| | § | |
| Debtor. | § | (Joint Administration with Case No. 26-33254-mvl11 Requested) |

**VERIFICATION OF CREDITOR MATRIX**

I, Paul Wolfe, Manager of TCP MGR LLC, the Manager of the Debtor, declare under penalty of perjury that the attached list of creditors, consisting of 15 entries, is true and correct to the best of my knowledge, information and belief, and is submitted under 11 U.S.C. section 521(a)(1)(A), Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 1007-1. Executed on October 15, 2026, at Dallas, Texas.

Paul Wolfe
Paul Wolfe (Oct 15, 2026 18:47:08 CDT)
_______________________________
Paul Wolfe, Manager of TCP MGR LLC, the Manager of the Debtor

Respectfully submitted,
AKERMAN LLP
By: /s/ David William Parham
David William Parham (Texas Bar No. 15459500)
2001 Ross Avenue, Suite 3600
Dallas, Texas 75201
Telephone: (214) 720-4300
Email: david.parham@akerman.com

-and-

LAW OFFICES OF MANGANELLI, LEIDER & SAVIO, P.A.
By: /s/ Christian Savio
Christian Savio, Esq. (Florida Bar No. 84649)
1900 N.W. Corporate Blvd., Ste. 200W

Boca Raton, FL 33431
Telephone: (561) 826-1740
Facsimile: (561) 826-1741
Email: CSavio@mls-pa.com

Proposed Counsel for the Debtor and Debtor in Possession

Case 1:26-cv-02977 Document 1-4 Filed 10/21/26 Page 93 of 98

TCP MGR LLC
Attn: Paul Wolfe, Manager
3500 Oak Lawn Avenue, Suite 460
Dallas TX 75219

Paul Wolfe
3500 Oak Lawn Avenue, Suite 460
Dallas TX 75219

Garrett Vail
386 Wabasha Street N
Saint Paul MN 55102

Prosperity Bank
Attn: Legal Department
4295 San Felipe
Houston TX 77027

Williamson County Tax Assessor-Collector
Attn: Catherine Totty
1848 Texas Trail
Georgetown TX 78626-3419

OP III ATX Highridge, LP
c/o Endeavor Real Estate Group, LLC
500 W. 5th Street, Suite 700
Austin TX 78701

EOP III Sub GP, LLC
c/o Endeavor Real Estate Group, LLC
500 W. 5th Street, Suite 700
Austin TX 78701

Endeavor Opportunity Partners III, LP
c/o Endeavor Real Estate Group, LLC
500 W. 5th Street, Suite 700
Austin TX 78701

Cerco Development, Inc.
c/o Endeavor Real Estate Group, LLC
500 W. 5th Street, Suite 700
Austin TX 78701

Endeavor Real Estate Group, LLC
Attn: Ben Bufkin and Jeff Newberg
500 W. 5th Street, Suite 700
Austin TX 78701

Metcalfe Wolff Stuart and Williams, LLP
Attn: David A. Wolff
221 W. 6th Street, Suite 1300
Austin TX 78701

Higier Allen and Lautin, P.C.
Attn: Sarah R. East
2711 N. Haskell Avenue, Suite 2400
Dallas TX 75204

Citrin Cooperman
123 N. Wacker Drive, Suite 1400
Chicago IL 60606

Green Sapphire Holdings, Inc.
3500 Oak Lawn Avenue, Suite 460
Dallas TX 75219

Office of the U.S. Trustee
Earle Cabell Federal Building
1100 Commerce Street, Room 976
Dallas TX 75242

# Petition Package High Ridge Development III LLC v7 2026-10-15 for signature

Final Audit Report 2026-10-15

| | |
|---|---|
| Created: | 2026-10-15 |
| By: | Judy Osburn (4beatgait@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAENzMPIPtr69h2-5YLUzSPrVeFIB-jWdb |

## "Petition Package High Ridge Development III LLC v7 2026-10-15 for signature" History

Document created by Judy Osburn (4beatgait@gmail.com)
2026-10-15 - 8:51:17 PM GMT- IP address: 98.97.136.182

Document emailed to Paul Wolfe (pwolfe@60deg.com) for signature
2026-10-15 - 8:51:22 PM GMT

Email viewed by Paul Wolfe (pwolfe@60deg.com)
2026-10-15 - 8:51:28 PM GMT- IP address: 18.210.90.90

Document e-signed by Paul Wolfe (pwolfe@60deg.com)
Signature Date: 2026-10-15 - 11:47:08 PM GMT - Time Source: server- IP address: 64.156.62.158 - Signature Appearance Selected: TYPE

Agreement completed.
2026-10-15 - 11:47:08 PM GMT

**REFORM, DsclsDue**

# U.S. Bankruptcy Court
# Northern District of Texas (Dallas)
# Bankruptcy Petition #: 26-34771-swe11

*Date filed:* 10/16/2026

*Assigned to:* Bankruptcy Judge Scott W Everett
Chapter 11
Voluntary
Asset

***Debtor***
**High Ridge Development III LLC**
3500 Oak Lawn Avenue, Suite 460
Dallas, TX 75219
DALLAS-TX
Tax ID / EIN: 87-3221262

represented by **Christian Savio**
Manganelli, Leider & Savio, P.A.
1900 NW Corporate Blvd
200w
Boca Raton, FL 33431
561-826-1740
Fax : 561-826-1741
Email: csavio@dsmandellaw.com

***U.S. Trustee***
**United States Trustee**
1100 Commerce Street
Room 976
Dallas, TX 75202
214-767-8967

| Filing Date | Docket Text |
|---|---|
| 10/16/2026 | 1 (18 pgs) Non-individual Chapter 11 Voluntary Petition. Fee Amount $1738 Filed by High Ridge Development III LLC Chapter 11 Plan due by 02/13/2027. Disclosure Statement due by 02/13/2027. (Savio, Christian) |
| 10/16/2026 | 2 (3 pgs) Notice of deficiency. Schedule A/B due 10/30/2026. Schedule D due 10/30/2026. Schedule E/F due 10/30/2026. Schedule G due 10/30/2026. Schedule H due 10/30/2026. Declaration Under Penalty of Perjury for Non-individual Debtors due 10/30/2026. Summary of Assets and Liabilities and Certain Statistical Information due 10/30/2026. Declaration for electronic filing due within 7 days of filing the petition. Statement of Financial Affairs due 10/30/2026. (Sikes, Julia) |
| 10/19/2026 | Receipt of filing fee for Voluntary petition (chapter 11)( 26-34771-11) [misc,volp11a] (1738.00). Receipt number A34300235, amount $1738.00 (re: Doc# 1). (U.S. Treasury) |

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 10/21/2026 14:56:16 |

| | | | |
|---|---|---|---|
| **PACER Login:** | csavio03 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 26-34771-swe11 Fil or Ent: filed From: 10/7/2026 To: 10/21/2026 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |