# EXHIBIT C

List of All Parties and Counsel of Record
(Local Rule CV-81)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| OP III ATX HIGHRIDGE, LP,<br>Plaintiff,<br>v.<br>TERRA CARTA PARTNERS LLC,<br>Defendant. | §<br>§<br>§<br>§<br>§ | Civil Action No. 1:26-cv-02977<br><br>(Removed from Cause No. 26-3106-C425,<br>425th Judicial District Court,<br>Williamson County, Texas) |

**LIST OF ALL PARTIES AND COUNSEL OF RECORD**

(Local Rule CV-81)

| **Party** | **Status in the State Court Action** | **Counsel of record** |
|---|---|---|
| OP III ATX Highridge, LP | Plaintiff; filed the Original Petition on September 4, 2026 | Michael L. Navarre, Beatty Navarre Strama, P.C., 901 S. MoPac Expressway, Barton Oaks Plaza Building 1, Suite 200, Austin, Texas 78746; Telephone: (512) 879-5050; Email: mnavarre@bnsfirm.com |
| Terra Carta Partners LLC | Defendant; served October 1, 2026; no answer filed | R. Adam Swick, Texas Bar No. 24051794, Akerman LLP, 500 W. 5th Street, Suite 1210, Austin, Texas 78701; Telephone: (737) 999-7103; Email: adam.swick@akerman.com<br><br>Andrew Dupré, Akerman LLP, 222 Delaware Avenue, Suite 1710, Wilmington, Delaware 19801; Telephone: (302) 596-9200; Email: andrew.dupre@akerman.com |